**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christine R Johnson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7692** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **7**   **8/6/18** |
| Case number:   **18–22046** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christine R Johnson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7807 W. 171st Pl. <br> Tinley Park, IL 60477 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph S Davidson <br> Sulaiman Law Group, Ltd. <br> 2500 S. Highland Ave <br> Suite 200 <br> Lombard, IL 60148 | Contact phone (630) 575–8181 ext 116 <br> Email: jdavidson@sulaimanlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Allan J DeMars <br> Spiegel & DeMars <br> 19 S. LaSalle St. <br> Suite 902 <br> Chicago, IL 60603 | Contact phone 312 726–3377 <br> Email: demarstrustee@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                               page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 8/7/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 5, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/5/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 18-22046-CAD
Christine R Johnson                                           Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: kcollopyn               Page 1 of 2               Date Rcvd: Aug 07, 2018
                               Form ID: 309A                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Christine R Johnson,    7807 W. 171st Pl.,    Tinley Park, IL 60477-3267
tr             +Allan J DeMars,    Spiegel & DeMars,    19 S. LaSalle St.,    Suite 902,   Chicago, IL 60603-1426
26965732       +Advocate Medical Group,     Po Box 92523,    Chicago, IL 60675-2523
26965733       +Bill me Late Inc. c/o Paypal Credit,     Po Box 5138,    Timonium, MD 21094-5138
26965741       +CMRE Financial Services, Inc,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
26965734       +Cap One/Darvin Furniture,    National Bankruptcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962-2180
26965736       +Cap1/bstby,    50 Northwest Point Rd.,    Elk Grove Village, IL 60007-1032
26965740       +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
26965749       +Commonwealth Financial Systems,    245 Main St.,    Dickson City, PA 18519-1641
26965756       +Illinois Tollway Authority,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
26965758       +Invitation Homes,    5509 N. Cumberland Ave.,    Suite 505,   Chicago, IL 60656-4748
26965757       +Invitation Homes,    Scott & Kraus, LLC,    150 S. Wacker Dr., Suite 2900,
                 Chicago, IL 60606-4206
26965761       +Nicor Gas,   Po Box 5407,    Carol Stream, IL 60197-5407
26965762       +Penn Credit,    916 S. 14th St.,   Po Box 988,    Harrisburg, PA 17108-0988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jdavidson@sulaimanlaw.com Aug 08 2018 01:41:36      Joseph S Davidson,
                 Sulaiman Law Group, Ltd.,    2500 S. Highland Ave,   Suite 200,    Lombard, IL   60148
26965738       +EDI: CAPITALONE.COM Aug 08 2018 05:23:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
26965737       +EDI: CAPITALONE.COM Aug 08 2018 05:23:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
26965739       +EDI: CAUT.COM Aug 08 2018 05:23:00      Chase Auto Finance,   National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
26965742       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Aug 08 2018 01:44:38      ComEd,   Po Box 6111,
                 Carol Stream, IL 60197-6111
26965744       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bank/Lane Bryant,   4590 E. Broad St.,
                 Columbus, OH 43213-1301
26965743       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bank/Lane Bryant,   Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
26965745       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
26965746       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bank/Victoria Secret,   Po Box 182789,
                 Columbus, OH 43218-2789
26965747       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bk/Ulta,   Po Box 182125,
                 Columbus, OH 43218-2125
26965748       +EDI: WFNNB.COM Aug 08 2018 05:23:00      Comenity Bkl/Ulta,   Po Box 182120,
                 Columbus, OH 43218-2120
26965751        EDI: DISCOVER.COM Aug 08 2018 05:23:00      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
26965750       +EDI: DISCOVER.COM Aug 08 2018 05:23:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
26965752       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Aug 08 2018 01:45:31      GLA Collection Company,
                 Po Box 7728,    Dept #2,   Lousiville, KY 40257-0728
26965753       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Aug 08 2018 01:45:31      GLA Collection Company,
                 2630 Gleeson Ln.,    Louisville, KY 40299-1772
26965755       +E-mail/Text: bankruptcy@hsn.net Aug 08 2018 01:44:23      HSN,   Po Box 9090,
                 Clearwater, FL 33758-9090
26965754       +EDI: PHINHARRIS Aug 08 2018 05:23:00      Harris & Harris, Ltd.,   111 W. Jackson Blvd.,
                 Suite 400,    Chicago, IL 60604-4135
26965759       +EDI: CBSKOHLS.COM Aug 08 2018 05:23:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
26965760       +EDI: CBSKOHLS.COM Aug 08 2018 05:23:00      Kohls/Capital One,   N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
26965763        EDI: PRA.COM Aug 08 2018 05:23:00      Portfolio Recovery Associates, LLC,   Po Box 12914,
                 Norfolk, VA 23541
26965764       +EDI: RMSC.COM Aug 08 2018 05:23:00      QVC Inc,   1200 Wilson Dr.,
                 West Chester, PA 19380-4262
26965765       +EDI: WTRRNBANK.COM Aug 08 2018 05:23:00      Target Card Services,   Po Box 660170,
                 Dallas, TX 75266-0170
26965766        EDI: USBANKARS.COM Aug 08 2018 05:23:00      Us Bank,   Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201
26965767        EDI: USBANKARS.COM Aug 08 2018 05:23:00      Us Bank,   Po Box 5227,   Cincinnati, OH 45201
26965768       +E-mail/Text: BKRMailOps@weltman.com Aug 08 2018 01:43:34
                 Weltman, Weinberg & Reis Co., L.P.A.,    323 W. Lakeside Ave,   Suite 200,
                 Cleveland, OH 44113-1009
                                                                                              TOTAL: 25
```

```
District/off: 0752-1          User: kcollopyn            Page 2 of 2              Date Rcvd: Aug 07, 2018
                              Form ID: 309A              Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26965735         Cap1/Best Buy,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258
                                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Allan J DeMars    demarstrustee@aol.com, alland1023@aol.com
              Joseph S Davidson    on behalf of Debtor 1 Christine R Johnson jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```