**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-22046 |
| Christine R. Johnson, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO:     Attached Service List

PLEASE TAKE NOTICE that on October 4, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Carol A. Doyle, or any judge sitting in her stead, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 742, Chicago, IL 60604, and then and there present the Motion of 2015-1 IH2 Borrower LP for Relief from the Automatic Stay as to the Real Property Commonly Known as 17379 Oleander Avenue, Tinley Park, IL 60477, a copy of which is attached hereto and served upon you.

Respectfully Submitted,

Miles V. Cohen
mcohen@skcounsel.com
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
312-327-1050 (telephone)
312-327-1051 (facsimile)

By: /s/ Miles V. Cohen_____
One of the attorneys for
2015-1 IH2 Borrower LP,
a Delaware limited partnership

{00851807.DOCX/v1/3619/1013/9/18/2018 11:33 AM}

## CERTIFICATE OF SERVICE

I, Gretchen Filarski, a non-attorney, state I caused a copy of the aforementioned Notice of

Motion and Motion of 2015-1 IH2 Borrower LP for Relief from the Automatic Stay as to the Real

Property Commonly Known as 17379 Oleander Avenue, Tinley Park, IL 60477, to be served via

electronic notice on the parties appearing in the Court's CM/ECF system and upon the attached

Service List by placing a copy with proper postage affixed in the U.S. Mail at 150 S. Wacker

Drive, Chicago, Illinois 60606 on September 18, 2018 at or before 5:00 PM.

Gretchen Filarski

Subscribed and sworn to me
before this 18th day of September, 2018.

Notary Public

OFFICIAL SEAL
JULIA F. DAVID
Notary Public - State of Illinois
My Commission Expires  11/05/2019

## SERVICE LIST

***Via CM/ECF***

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*U.S. Trustee*

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle Street, Suite 902
Chicago, IL 60603
*Trustee*

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
jdavidson@sulaimanlaw.com
*Debtor's Attorney*

***Via First Class U.S. Mail***

Christine R. Johnson
7807 W. 171st Place
Tinley Park, IL 60477

Christine R. Johnson
17379 Oleander Avenue
Tinley Park, IL 60477

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-22046 |
| Christine R. Johnson, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | Hearing Date:  October 4, 2018 |
| | ) | Hearing Time:  10:00 am |
| | ) | |

## MOTION OF 2015-1 IH2 BORROWER LP FOR RELIEF FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY COMMONLY KNOWN AS 17379 OLEANDER AVENUE, TINLEY PARK, IL 60477

IH3 Property Illinois LP, a Delaware limited partnership, (the "Movant"), by its attorneys, Scott & Kraus, LLC, pursuant to Section 362(d) and 365(b)(1) of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code"), and Rules 4001, 6007(b) and 9014 of the Federal Rules of the Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully submits this Motion for Relief from the Automatic Stay as to the real property commonly known as 17379 Oleander Avenue, Tinley Park, IL 60477 ("Property")("the Motion"), so that it may pursue its right to possession of the Property.  In support of the Motion, Movant states as follows:

### JURISDICTION

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. The Court is the appropriate venue pursuant to 28 U.S.C. §§ 1408.  This matter constitutes a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (G).  The statutory and rule-based predicates for the relief sought herein are Section 362(D) of the Bankruptcy Code and Rules 4001(a)(1)-(a)(3) and 9014 of the Bankruptcy Rules.

## BACKGROUND

2.      Christine R. Johnson (the "Debtor") filed her Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on August 6, 2018 ("Petition Date"). [*See* Docket at No. 1].

3.      The Meeting of Creditors pursuant to Section 341(a) of the Bankruptcy Code was held on September 5, 2018. [*See* Docket at No. 2].

4.      As of the Petition Date, 2015-1 IH2 Borrower LP was and still is the owner of the property commonly known as 17379 Oleander Avenue, Tinley Park, IL 60477.

5.      On or about July 19, 2017, long prior to the Petition Date, Movant and Debtor entered into a lease agreement, whereby Debtor agreed to pay Movant the sum of One Thousand Nine Hundred and 00/100 Dollars ($1,900.00) per month for the length of the lease term, in exchange for the right to occupy the Property (the "Lease"). A true and correct copy of the Lease is attached hereto and made a part hereof as Exhibit "1".

6.      The Lease term commenced on September 5, 2017, and runs for the period through March 4, 2019, unless sooner terminated for, among other reasons, Debtor's failure to pay the rent reserved when due.

7.      As of the Petition Date, the Debtor was in arrears in her payment of the rent due in the amount of $8,000.00 for the period of May 1, 2018 to August 4, 2018.

8.      The Debtor has failed to satisfy the terms of the Lease and has failed to pay Rent that has come due under the Lease for a total amount due of $10,000.00. A true and correct copy of the Debtor's Tenant Ledger is attached hereto and made a part hereof as Exhibit "2".

9.      Movant seeks relief from the automatic stay so as to proceed with state court proceedings in the Circuit Court of Cook County and recover its lawful possession of the Property.

## ARUGMENT

10.    Section 362(d) of the Bankruptcy Code provides:

On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay –

(1) for cause, including the lack of adequate protection of an interest in property of such party in interest;

(2) with respect to a stay of an act against property under subsection (a) of this section, if –

    a.   the debtor does not have an equity in such property; and
    b.   such property is not necessary to an effective reorganization.

11.    Further Section 365(b)(1) provides that:

If there has been default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee –
(A) cures, or provides adequate assurance that the trustee will promptly cure, such default other than a default that is a breach of a provision relating to the satisfaction of any provision (other than a penalty rate or penalty provision) relating to the satisfaction of any failure to perform nonmonetary obligations under an unexpired lease of real property, if it is impossible for the trustee to cure such default by performing nonmonetary acts at and after the time of assumption …

12.    2015-1 IH2 Borrower LP is not adequately protected because Debtor is using and occupying the Property without making payment to 2015-1 IH2 Borrower LP for the current use and occupancy of the Property.  The value of the Property is being diminished by Debtor's continued use and occupancy.

13.    Therefore, pursuant to Section 362(d) and 365(b) of the Bankruptcy Code, the automatic stay should be lifted so that Movant may proceed to terminate the lease and obtain possession of the Property through a forcible entry and detainer proceeding in Illinois.

14.    Moreover, this Court has the authority to order that Rule 4001(a)(3) not apply to any Order granting this Motion, and Movant requests that this Court so order.

WHEREFORE, Movant, 2015-1 IH2 Borrower LP, a Delaware limited partnership, prays that this Honorable Court enter an Order, pursuant to Section 362(d) of the Bankruptcy Code, modifying the automatic stay to permit 2015-1 IH2 Borrower LP, a Delaware limited partnership to exercise its state court remedies to obtain possession of the Property commonly known as 17379 Oleander Avenue, Tinley Park, IL 60477, and further find that Bankruptcy Rule 4001(a)(3) shall not apply so that 2015-1 IH2 Borrower LP, a Delaware limited partnership may immediately, and for any and all further relief deemed just and equitable.

Respectfully Submitted,

Miles V. Cohen
mcohen@skcounsel.com
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
312-327-1050 (telephone)8/16/18
312-327-1051 (facsimile)

By: /s/ Miles V. Cohen_____
One of the attorneys for
2015-1 IH2 Borrower LP,
a Delaware limited partnership

DocuSign Envelope ID: 569C4759-7A7E-44E9-813F-332930DD9000



invitation homes

## RESIDENTIAL LEASE AGREEMENT

This RESIDENTIAL LEASE AGREEMENT (together with any addenda attached hereto shall be collectively referred to as the "**Lease**"), is entered into by and between Christine Johnson , and James Andrews

("**Resident**"), and   2015-1 IH2 Borrower LP   , a Delaware limited partnership ("**Landlord**"), for the residence described below ("**Residence**") on the terms and conditions set forth in this Lease.

*This Lease, which includes the attached Addenda, sets forth all of the terms which govern the occupancy of your Residence.  Please review it carefully.  Throughout this Lease, you will see captions similar to this caption.  These are intended to assist you in understanding the terms and provisions of this Lease.  If these captions conflict with any of the terms of this Lease, the terms of the Lease control.*

*Note that this lease form is used by Invitation Homes in all of the states and regions in which it operates. The terms of this Lease may therefore be subject to certain state or regional provisions set forth in a separately attached addendum. If applicable, the terms of such addendum take precedence over, and supersede, any conflicting terms of this Lease.*

1.     **BASIC LEASE INFORMATION.**

1.1     **Date of Lease:**                                                                7/19/2017

1.2     **Addresses for Landlord:**

(a)     **Address for Notice:**              5509 N Cumberland Ave, Suite 505
                                                          Chicago, IL 60656
                                                          773-893-1250

(b)     **Address for Payments:**           5509 N Cumberland Ave, Suite 505
                                                          Chicago, IL 60656
                                                          773-893-1250

(c)     **Address for Property Manager:**   THR Property Management L.P.
                                                          5509 N Cumberland Ave, Suite 505
                                                          Chicago, IL 60656
                                                          773-893-1250

1.3     **Name(s) of Additional Occupants :**      Cory Johnson
                                                          Cole Johnson

1.4     **Address of Residence:**                17379 Oleander Ave  Tinley Park, IL 60477

1.5     **HOA Information:**                       *If listed below, the Residence is located within a community with one or more homeowners associations ("HOA").  Resident and all Resident Parties are required to comply with the terms of any covenants, conditions, and restrictions ("CC&Rs") and any other rules and regulations of such HOA(s) (collectively, "HOA Rules").*

                                                          Name of Planned Community/Homeowners Association(s), if any:

                                                          NA

1.6     **Residence Information:**                The Residence is furnished with appliances and fixtures. If the Residence is an attached Condominium, any reference to the "**Building**" means the Building in which the Condominium is located.

Resident Initials

JACRJ



Invitation Homes
Residential Lease Agreement
2.0- 201702

1

DocuSign Envelope ID: 393C4155-7A7E-485B-8F33-2930D9A5BDF3

invitation homes

| 1.7 | **Lease Term:** | | From the Commencement Date through the Expiration Date. |
| 1.8 | **Commencement Date:** | | September 05, 2017 |
| 1.9 | **Expiration Date:** | | March 04, 2019 |
| 1.10 | **Rent Information:** | | |

(a) **Base Monthly Rent:**

$ 1900.00    ( One Thousand Nine Hundred Dollars 00 Cents                )
("**Initial Base Monthly Rent**").

Base Monthly Rent ("**Base Monthly Rent**") shall be as follows:

From September 05, 2017 to March 04, 2019   Base Monthly Rent shall be $ 1900.00

From ........   to .........   Base Monthly Rent shall be $ .........

(b) **Landscape Maintenance Fee:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(c) **Swimming Pool / Hot Tub Maintenance Fee:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(d) **Pet Rent:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(e) **Homeowners Association(s) Assessments:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(f) **Utility Billing Service Fee:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(g) **Administrative Fee:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(h) **Other:**

[   ] shall be paid by Resident to Landlord in the amount of $ 0.00  as Additional Rent, along with the Base Monthly Rent.

(i) **Total Amount Due Each Month:**

Total Amount Due Each Month ("**Monthly Rent**") shall be as follows:

From September 05, 2017 to March 04, 2019   Monthly Rent shall be $ 1,900.00

From ........   to .........   Monthly Rent shall be $ .........

(j) **Rent Payable To:**

Invitation Homes.  Rent payments may be made online through the payment portal provided by Landlord.  Any payments not made online shall be sent to Landlord's Address for Payments listed above.

Resident Initials





Invitation Homes
Residential Lease Agreement
2.0- 201702

2

DocuSign Envelope ID: 569C7759-1A7E-4A3B-8F354930D3849bp2

invitation homes

| 1.11 | Deposit(s): | | |
|---|---|---|---|

$ 1875.00 (One Thousand Eight Hundred Seventy-Five Dollars 00 Cents), subject to increase as provided in **Section 9.1** below.

| | | |
|---|---|---|
| Pet Deposit: | $ | |
| Key Deposit: | $ | |
| Total: | $ | 1875.00 |

**1.12  Total Moneys Due on Lease Execution or Prior to Commencement Date of Lease, in Addition to the Security Deposit:**

**(a) New move-in**

| | | |
|---|---|---|
| Rent: | $ | |
| Account Set Up Fee: | $ | |
| Pet Fee: | $ | |
| Sub Total: | $ | |
| Less | | |
| Hold Fee/ | $ | |
| Other: | $ | |
| Total | $ | |

**(b) Renewal**

| | | |
|---|---|---|
| Pet Fee: | $ | 0.00 |
| Other: | $ | 0.00 |
| Total: | $ | 0.00 |

**1.13  Utilities:**

Except as otherwise indicated below, Resident shall pay for all utilities at the Residence, including but not limited to gas, electricity, water, sewer, trash, telephone, cable, television and internet.

Landlord shall pay for the following utilities which are included with Monthly Rent:

| | |
|---|---|
| Utility Billing Account Fees: | $0.00 |
| Administrative Fee for Failure to Set Up Transferable Utilities: | $25.00 |

Resident Initials



DocuSign Envelope ID: 59BC4A59-1A7E-4E3D-87DF-3542930D51A0D



**2.      LEASE OF RESIDENCE.**

*A Lease is a binding contract between Landlord and Resident.  It gives each party certain rights and obligations.  Before signing this Lease, you should be sure you understand your rights and obligations.*  This Lease is entered into by and between Landlord and Resident as of the date specified in **Section 1.**  Landlord hereby leases to Resident and Resident hereby leases from Landlord, the Residence as described in **Section 1**, subject to the terms and conditions contained in this Lease.  All capitalized terms used in this Lease that are not otherwise defined shall have the meanings given to them in **Section 1**.  All references to the "**Lease**" shall include this Lease and any addenda to this Lease ("**Addenda**") attached hereto and any subsequent amendments entered into by Landlord and Resident.  All references in this Lease to "**Applicable Laws**" shall mean all applicable laws, ordinances, directives, temporary orders, and rules and regulations enacted now or hereinafter by any governmental authority with jurisdiction over the Residence and/or the Building, as applicable.  All references in this Lease to "**Resident Parties**" shall include Resident, the additional occupants listed in **Section 1.3** ("**Occupants**"), and any guests or invitees of Resident or the Occupants.

     **2.1      HOA Approval and Fees**.  IF RESIDENT'S OCCUPANCY OF THE RESIDENCE MUST BE APPROVED BY ANY HOA, THIS LEASE AND RESIDENT'S OCCUPANCY OF THE RESIDENCE SHALL BE CONTINGENT UPON SUCH HOA APPROVAL.  Resident shall be responsible for any application fees and deposits related to any HOA approval process, regardless of whether Resident is approved.  Landlord may, in Landlord's sole discretion and upon notice to Resident, submit an application and/or any related fees on behalf of Resident and Resident shall promptly reimburse Landlord upon demand, to the extent permitted by Applicable Laws.  If any required HOA approval is not obtained prior to the Commencement Date, either Landlord or Resident may terminate this Lease by written notice at any time prior to such HOA approval, in which event the Security Deposit and any other refundable deposits shall be returned to Resident in accordance with Applicable Laws.  Resident agrees to cooperate with any HOA approval process and to take all reasonable actions required to obtain HOA approval, including but not limited to completing the application or any other required documentation, paying any related fees and/or deposits, and submitting to a background and/or credit check.  In the event that any required HOA approval has not been obtained, through no fault of Resident, as of the Commencement Date and this Lease has not been terminated, Resident shall not be permitted to occupy the Residence and the Rent shall be abated until the date that HOA approval is obtained.

**3.      AUTHORIZED AGENT.**

Landlord may delegate or assign any or all rights and obligations under the provisions of this Lease to its authorized agent ("**Authorized Agent**") from time to time.  The Authorized Agent shall be authorized to manage the Residence and to act on behalf of Landlord with respect to any provision or obligations of this Lease.  Landlord hereby designates the Property Manager specified in **Section 1** as its Authorized Agent.

**4.      CONDITION OF RESIDENCE.**

*This Section gives you the right to inspect the Residence prior to moving in.  It is important that you carefully inspect the Residence and identify any unacceptable matters on the Inventory and Residence Condition Form provided separately.*  Prior to the Commencement Date, Resident shall have the right to inspect the Residence, including any and all appliances, landscaping, fixtures, improvements, equipment, hardware, smoke detector(s) and carbon monoxide detector(s), if any, located in, on or about the Residence.  Resident shall confirm (a) that the Residence and all such items are clean, in good working order, and fit for use under the Lease, and (b) that the size, number, and features of all rooms and any parking areas or garage at the Residence are approved for Resident's use, except as otherwise indicated in a separate Inventory and Residence Condition Form.  Resident agrees and understands that the Inventory and Residence Condition Form is NOT a work order.

**5.      TERM OF LEASE; MONTH-TO-MONTH LEASE.**

*When you execute this Lease, you will be obligated to comply with all of the obligations and requirements throughout the entire Lease Term.  You should carefully evaluate whether you are willing to lease and occupy the Residence for the entire Lease Term.*

     **5.1      Term of Lease.**

The Lease Term shall begin on the Commencement Date and end on the Expiration Date at 5:00 p.m.  Resident shall vacate the Residence upon the expiration or earlier termination of this Lease, unless: (a) this Lease is extended or modified in accordance with all Applicable Laws, (b) Landlord and Resident have extended this Lease in writing or signed a new lease agreement, or (c) the Lease Term becomes month-to-month pursuant to the following paragraph.

Resident Initials



Invitation Homes
Residential Lease Agreement
2 0- 201702

DocuSign Envelope ID: 509C4459-1A7E-4843-8F 3542930D3986



The Lease Term shall become month-to-month and the Monthly Rent shall increase by $250.00 if, upon expiration of the initial Lease Term, the Lease Term has not otherwise been terminated, extended or renewed.  This month-to-month fee shall be in addition to your Monthly Rent.  Resident may remain in possession of the Residence and the tenancy will then be on a month-to-month basis at the increased Monthly Rent rate, and subject to all of the terms and conditions of this Lease until either party terminates the tenancy in accordance with this Lease and Applicable Laws.  Landlord may further increase the Monthly Rent by giving Resident written notice of such increase at least thirty (30) days prior to the commencement of the rental period for which the adjustment will apply.  All adjustments shall be made in accordance with Applicable Laws.

Resident or Landlord may terminate a month-to-month tenancy by giving written notice to the other party at least thirty (30) days prior to the end of the applicable rental period (or such other period as required by Applicable Laws).  If terminated by Landlord or Resident, such termination shall occur at 5:00 p.m. on the last day of the applicable rental period.

### 5.2   No Release of Resident Prior to Expiration Date.

Unless Resident is entitled to terminate this Lease pursuant to Applicable Laws or the terms of this Lease, Resident shall not be released from Resident's obligations under this Lease for any reason.

### 6.   DELAYED POSSESSION.

If Landlord, for any reason, cannot deliver possession of the Residence to Resident on the Commencement Date, Landlord shall not be liable for any damage caused by the delay nor shall this Lease be void or voidable or the Lease Term be extended, but Resident shall not be liable for the payment of Rent (as defined in **Section 7** of this Lease) until the date that Landlord delivers actual possession of the Residence.

### 7.   RENT.

*You will be obligated to pay both the Monthly Rent and any other charges which may be incurred under this Lease.  For example, if you or any Resident Parties cause damage to the Residence and Landlord incurs costs in repairing the damage, you will be obligated to pay these costs and such costs are Additional Rent included in Rent.  It is also important that you pay your Rent as and when required under this Lease to avoid late charges.*  As used in this Lease, "**Rent**" shall mean the Monthly Rent and all other monetary obligations of Resident to Landlord due under this Lease ("**Additional Rent**").  The Security Deposit is not considered to be Rent or Additional Rent and is governed under **Section 9** of this Lease.

### 7.1   Payment of Monthly Rent.

The Monthly Rent in the amount as specified in **Section 1** shall be due and payable in advance on the first (1st) day of each calendar month during the Lease Term and must be delivered, without deduction or set-off, to Landlord at the Address for Payments provided in **Section 1** by the methods described in **Section 7.3**. The Monthly Rent shall be subject to any increase provided in **Section 1**.

### 7.2   Payment of Additional Rent.

In addition to the Monthly Rent due, Resident shall pay, as Additional Rent, (a) all other sums due under this Lease, (b) all expenses which Landlord may suffer or incur by reason of any default by Resident of the provisions of this Lease, including, without limitation, the costs incurred in re-leasing the Residence and the cost of repairing damage to the Residence caused by the act of Resident or any Resident Parties, and (c) all other charges permitted by this Lease and Applicable Laws, including, without limitation, reasonable attorneys' fees and court costs.  All charges due under this Section shall be deemed to constitute Additional Rent due and payable upon notice to Resident of the incurring thereof by Landlord.  Resident shall pay all Additional Rent within five (5) days after Landlord's delivery of notice for the Additional Rent.  Notwithstanding the foregoing, all Additional Rent paid on a monthly recurring basis provided in **Section 1** shall be paid on the same day as Monthly Rent without notice from Landlord.

#### 7.2.1   Homeowners Association Charges and Charges for Municipal Violations.

Resident shall be obligated to pay to Landlord, as Additional Rent, any charges levied against Landlord for the Residence during the Lease Term by any applicable homeowners association, private utility company or governmental agency including, without limitation, any fines or other charges imposed by a homeowners association, private utility company or governmental agency in enforcing its laws, codes, covenants, conditions, restrictions, rules, or regulations, except to the extent Landlord caused such charges.  Additionally, Resident shall be obligated to pay to Landlord, as Additional Rent, an administrative fee of $25.00 for each such charge levied.  Landlord and Resident hereby agree that such administrative fee represents a fair and reasonable estimate of the costs that Landlord will incur and shall not be construed as a penalty.

Resident Initials



DocuSign Envelope ID: 565C-F457-4A7E-4893-0F3542930D9E30A0



### 7.3    Payment Procedures.

Resident shall pay Rent (a) by personal check, cashier's check, certified check, or electronic funds transfer (which shall be subject to Landlord's rules and procedures) made payable to Invitation Homes (or such other person or entity as directed by Landlord) and delivered to Landlord at the address listed in **Section 1**, or (b) online by credit card at the website provided by Landlord, provided that Landlord reserves the right to charge Resident convenience fees or surcharges in an amount equal to the amount designated by Landlord, not to exceed the maximum amount permitted by Applicable Laws. If the Lease Term commences on a day other than the day Monthly Rent is due under this Lease and ends on a day other than the day before Monthly Rent is next due, Monthly Rent shall be due for said fractional month(s), prorated on the basis of actual days in the month. Rent payments will only be accepted from Resident unless otherwise accepted by Landlord in Landlord's sole discretion or as required by Applicable Laws. If Landlord agrees or is required by Applicable Laws to accept payment of Rent from a third party, acceptance of such payment shall not create a tenancy between Landlord and the third party.

### 7.4    Application of Payments.

All sums received by Landlord from Resident shall be applied to the oldest outstanding monetary obligation owed by Resident to Landlord and any other designation of the manner in which said payment is to be applied by Resident shall be void and of no effect.

### 7.5    Failure to Pay First Month's Monthly Rent.

The first month's Monthly Rent together with all other amounts specified in **Section 1** shall be due as specified therein. In the event Resident does not make all such payments when required, Resident shall not have any right to occupy the Residence and Landlord may terminate this Lease. In such case, Landlord may recover damages from Resident, including, but not limited to, reletting charges, attorneys' fees, court costs, and other lawful charges.

### 7.6    Partial Payments of Rent.

Resident shall pay Rent in full. Payment or receipt of a payment of less than the full amount shall be deemed to be nothing more than partial payment of that Rent. Landlord reserves the right to reject any partial payment. Under no circumstances shall Landlord's acceptance of a partial payment constitute accord or satisfaction or forfeit Landlord's right to collect the Rent balance due, despite any endorsement, stipulation, or other statement on Resident's check. Landlord may accept any partial payment with any conditional endorsement without prejudice to the right to recover the balance remaining due, or to pursue any other remedy available to Landlord.

### 7.7    Late Payments of Rent and Other Sums Due Under this Lease.

#### 7.7.1    Late Charges for Non-Payment of Rent.

Monthly Rent payments not received by Landlord by 5:00 p.m. on the third (3rd) day of the calendar month will be considered delinquent. Resident hereby acknowledges that the late payment by Resident to Landlord of Rent and other sums due pursuant to this Lease will cause Landlord to incur unanticipated costs, the exact amount of which will be extremely difficult to ascertain. Such costs include, but are not limited to, processing and accounting charges and late charges which may be imposed on Landlord by the terms of any mortgage, encumbrance or note secured by the Residence. Therefore, in the event Rent is delinquent, Resident agrees to pay, as Additional Rent, a late charge as set forth in the state provisions addendum attached to and incorporated into this Lease. Landlord and Resident hereby agree that such additional charge represents a fair and reasonable estimate of the costs that Landlord will incur by reason of Resident's late payment and shall not be construed as a penalty.

#### 7.7.2    Additional Charges for Dishonored Payments.

In addition to any late charge, Resident also agrees to pay, as Additional Rent, by certified check or cashier's check only, $0.00, but not to exceed the maximum amount that may be charged pursuant to Applicable Laws, for each check or payment not honored by Resident's bank, financial institution, or credit card issuer, and, unless prohibited by Applicable Laws, any processing fees or costs charged to Landlord by Landlord's or Resident's bank, financial institution or credit card issuer. Nothing in this Section shall limit the remedies available to Landlord as a payee of a dishonored payment. If Resident tenders two (2) Rent checks or payments at any time during Resident's tenancy, which checks or payments are dishonored for any reason by Resident's bank, financial institution, or credit card issuer, Landlord shall have the right to demand that all subsequent payments of Rent be made by cashier's check or certified check.

Resident Initials



Invitation Homes
Residential Lease Agreement
2.0- 201702

DocuSign Envelope ID: 569C4739-1A7E-44DB-8F39-2930E18B88DF



8.    **PARKING AND STORAGE.**

If parking and/or storage is provided for the Residence, Resident shall abide by all parking and/or storage rules and regulations established by Landlord, if any, as such may be amended from time to time.  In addition, Resident shall also abide by any and all HOA Rules and any rules and regulations established by Landlord for the Residence, as the same may be amended from time to time (together with the HOA Rules, "Residence Rules").

9.    **SECURITY DEPOSIT.**

*As a Resident, you will be obligated to deliver a Security Deposit to Landlord.  To avoid Landlord deducting amounts from your Security Deposit, you will need to comply with the terms and provisions of this Lease during the Lease Term and must leave the Residence in a good condition as described in this Lease.*

9.1    **Amount and Application of Security Deposit.**

The amount set forth in **Section 1** as Security Deposit ("**Security Deposit**") has been deposited with Landlord as security for Resident's payment and performance of the obligations under this Lease.  Subject to Applicable Laws, all or a portion of the Security Deposit may be used or retained by Landlord in the event Resident shall fail or refuse to: (a) fully perform Resident's duties imposed by Applicable Laws and this Lease; (b) clean, repair, and restore the Residence and any appliances, furniture, fixtures, equipment and other property supplied by Landlord to its condition on the Commencement Date, excepting normal wear and tear; or (c) pay any Rent, late charges, dishonored check charges, utility charges or other charges which may be owed by Resident pursuant to this Lease.

The retention of the Security Deposit shall not limit Landlord's right to proceed against Resident for claims above the amount of the Security Deposit.  Upon Resident's move-out, if a Resident chooses to have the carpets cleaned, such cleaning must be performed by a third party professional carpet cleaning service reasonably acceptable to Landlord and receipt for such cleaning services must be provided to Landlord.  Unless the carpet is cleaned in the manner provided herein upon move-out to the condition existing at move-in, excepting normal wear and tear, Landlord reserves the right to use a portion of the Security Deposit to professionally re-clean the carpets.  If the Monthly Rent is increased during the Lease Term, Landlord may require Resident to increase the Security Deposit by the same amount as such increase.  Landlord may also deduct from the Security Deposit or any interest owed thereon any fee imposed by Applicable Laws.  No portion of the Security Deposit may be applied by Resident to the payment of the last month's Rent.

9.2    **Return of Security Deposit.**

The Security Deposit or any balance thereof, if any, shall be returned to Resident within a time period as required by Applicable Laws following the date on which complete surrender of possession of the Residence to Landlord has occurred or, if no such time period is required by Applicable Laws, within thirty (30) days after complete surrender of possession of the Residence to Landlord has occurred.

The date of such surrender shall be the date on which the keys to the Residence are given to Landlord and no person claims any continuing right to use and/or occupy the Residence.  Upon return of the Security Deposit or any balance thereof upon surrender, Landlord shall also provide to Resident any statements or accounting as required by Applicable Laws. Any balance of the Security Deposit shall be sent to the forwarding address provided by Resident to Landlord or, if Resident has not provided a forwarding address, to the Residence.  It shall be Resident's sole responsibility to ensure that all mail that is delivered to the Residence for Resident after the Lease expires, including any balance of the Security Deposit, is forwarded to Resident's new mailing address.  If Resident is comprised of more than one (1) individual and less than all of the individuals comprising Resident vacate the Residence, Landlord shall not be required to return any portion of any balance of the Security Deposit to such vacating individual(s) until all individuals comprising Resident have vacated the Residence.

9.3    **Interest.**

Interest accrued, if any, on the Security Deposit shall not be payable to Resident, unless required by Applicable Laws and, if Applicable Laws require interest to accrue on the Security Deposit for the benefit of Resident, interest shall accrue in the minimum amount required by Applicable Laws and shall only be paid to Resident at such time as the Security Deposit, if any, is refunded to Resident, unless otherwise required by Applicable Laws.

Resident Initials



Invitation Homes
Residential Lease Agreement
2.0- 201702

DocuSign Envelope ID: 589C-F459-A04E-4855-or 35129305B8BD



## 10.    OCCUPANCY AND USE.

*When you executed this Lease, you identified in Section 1 yourself and the Occupants that will occupy the Residence.  You will be responsible for your Occupants and for any of your Resident Parties.  You must also occupy and use the Residence solely for the purposes set forth in this Lease and any Residence Rules.*

### 10.1    Permitted Use.

Resident shall not use or permit the Residence to be used for any purpose other than as the principal and primary residence of Resident and any Occupants.  No retail or commercial or professional use of the Residence shall be made unless Resident has obtained the prior written consent of Landlord and such use conforms to Applicable Laws and all Residence Rules.  No use that requires employees, independent contractors, clients or customers coming to the Residence or the Building (if applicable) will be permitted.  In addition, home office use that unreasonably increases the use of electricity or adds to the number of telephone lines in the Residence or the Building is also prohibited.  Resident shall promptly notify Landlord if Resident no longer uses or occupies the Residence as Resident's principal and primary residence.

### 10.2    No Unlawful Purpose.

Resident shall not use or permit the Residence to be used for any unlawful purposes, in violation of any Applicable Laws, any Residence Rules or the Crime Free Residence Addendum, or in any manner which will constitute waste or nuisance upon or about the Residence.

### 10.3    Residents and Occupants.

The Residence may be occupied solely by Resident and the Occupants, if any.  Any new resident or occupant will require the prior written acceptance and approval of Landlord. If an occupancy change is accepted and approved by Landlord during the Lease Term, a new lease or an amendment to this Lease shall be executed to memorialize such occupancy change as required by Landlord.  It shall be a violation of this Lease and cause for termination of this Lease for Resident to permit any occupants to reside in the Residence other than Resident and the Occupants.  Any person occupying the Residence on a regular but not necessarily continuous basis for a period in excess of thirty (30) days shall be deemed to reside in the Residence.

### 10.4    No Smoking.

The Residence and the Building, as applicable, have been designated as "non-smoking."  The use of any tobacco, marijuana, or other smoke producing products in the Residence or the Building is strictly prohibited.  Prior to entry of any Resident Parties at the Residence, Resident shall inform such Resident Parties of the no-smoking policy at the Residence as described herein, and Resident shall take reasonable steps to ensure that the Residence remains smoke-free.

### 10.5    No Illegal Drugs or Narcotics.

The Residence and the Building, as applicable, have been designated as "drug free."  The possession, use, growing and/or manufacture of any illegal drugs or narcotics (including but not limited to marijuana and medical marijuana, which remain illegal under federal law) in or at the Residence or the Building are strictly prohibited.

### 10.6    No Uses that Increase Insurance Premiums.

Resident shall not do, or permit any act to be done, nor keep any personal property on or about the Residence, which may alter the conditions or assumptions underlying Landlord's insurance coverages or risk rating for the Residence, lead to any increase in Landlord's existing rate of insurance coverages upon the Residence or the Building, or otherwise violate any provision(s) of, or cause the cancellation of, any insurance coverages covering the Residence or the Building.

### 10.7    Kerosene Heaters/Space Heaters.

The use of kerosene or fuel oil heaters within the Residence is expressly prohibited.  Any electric space heaters used in the Residence shall be operated at all times in a safe manner, not left unattended, and equipped with safety features designed to prevent damage to person, property, and pets.

Resident Initials

DocuSign Envelope ID: 563C-F133-TA7E-485B-or 35-2930D/364DF3



**10.8**    **Animals.**

Resident shall not bring any dog, cat, bird, reptile, rodent, insect, pet, or any other animal onto the Residence at any time nor allow any Resident Party to bring any such pet or animal onto the Residence without Landlord's prior written consent.  Landlord reserves the right to refuse authorization in its sole and absolute discretion, including the right to categorically prohibit all animals of a certain breed, size, or other factors.  Prohibited breeds include, without limitation, Rottweilers, Pit Bulls, and any breed that includes a percentage or mix of any of the above.  Resident acknowledges that Landlord may, in its sole and absolute discretion, require Resident, at Resident's expense, to provide DNA test results or other proof, to Landlord's reasonable satisfaction, showing that an animal kept at the Residence is not of a breed, classification, or type prohibited by Landlord.  In the event Landlord consents to a pet in the Residence, Resident shall execute and abide by the Pets Addendum.  Resident shall be liable for all claims and damages related to animals kept by Resident, including, but not limited to, damages to the Residence and Landlord's property, injury to persons, and the costs of restoring the Residence to its prior condition, excluding normal wear and tear.

**10.9**    **Service and Assistance Animals.**

Service animals for the assistance of a Resident or Resident Parties with a disability shall be permitted by Landlord upon Resident's advance request, provided that Landlord may request documentation or other reasonable evidence regarding the disability and the service animal, in compliance with Applicable Laws, and Resident shall be liable for all claims and damages related to the service or assistance animal, including but not limited to damages to the Residence and Landlord's property and the costs of restoring the Residence to its prior condition, excluding normal wear and tear.

**10.10**    **Waterbeds and Liquid-Filled Furniture.**

No waterbeds or other liquid-filled furniture shall be brought onto or used in the Residence without Landlord's prior written consent, which consent may be withheld in Landlord's sole and absolute discretion.  If Landlord consents to Resident's use of a waterbed or other liquid-filled furniture, Resident shall abide by any and all Residence Rules.

**11.**    **UTILITIES.**

*As a Resident, you will have certain obligations to pay utilities.  You should understand which utilities you must pay separately for in addition to the Monthly Rent under this Lease since these will be additional costs which you will incur.*  Except as provided in **Section 1**, Resident shall pay for all utilities supplied to or consumed in, on, about or related to the Residence, including but not limited to gas, water, sewer, electricity, telephone, television, internet and garbage.  Except as otherwise instructed by Landlord in writing, Resident shall place all such utilities in Resident's name as of the Commencement Date, and shall be responsible for any and all fees, fines, penalties and charges associated with such utilities during the Lease Term.  Resident shall provide Landlord with evidence of the transfer of such utilities into Resident's name prior to or on the Commencement Date.  Resident's failure to provide such evidence shall be a default under this Lease, entitling Landlord to enforce any and all remedies under Applicable Laws, which, by way of example, may include, without limitation, termination of this Lease, shutting off the respective utility, and/or denying Resident occupancy of the Residence.  If any utilities are not separately metered or submetered, Resident shall pay Resident's proportional share, as reasonably determined and directed by Landlord in accordance with Applicable Laws. Resident shall obtain Landlord's prior written approval, which approval may be withheld in Landlord's sole and absolute discretion, prior to adding any telephone, cable, or data lines to the Residence.  Resident shall cooperate with any conservation and recycling program adopted and implemented by Landlord, if any.  Landlord does not represent or warrant that any utilities servicing the Residence will not be interrupted on account of repairs or alterations to the Residence, fire or other casualty, acts of God, any labor controversy or other events beyond the control of Landlord.  Any such interruption due to any such cause shall never be deemed to be an eviction of Resident or a disturbance of Resident's use or occupancy of the Residence or render Landlord liable to Resident for damages.  Notwithstanding anything contained in this Lease to the contrary, Landlord does not represent or warrant the availability of telephone service, internet service, satellite or cable television service or any other service to the Residence, and no such services are guaranteed to be available to the Residence.  If any utilities are included with Monthly Rent, as provided in **Section 1**, Resident shall reimburse Landlord, as Additional Rent, for excessive use of any such utilities, as reasonably determined by Landlord pursuant to Applicable Laws.  In addition, Resident shall pay any and all costs for conversion from existing utilities service providers.   "Resident is further specifically informed and agrees that Landlord may retain the services of a third party service provider, such as Conservice, to administer and monitor utility accounts, including but not limited to utility conversion or payments.  Resident specifically acknowledges and agrees that some or all utility accounts may remain in Landlord's name and be billed to Resident.  Resident shall pay or reimburse Landlord, as Additional Rent, for any third party service provider's charges for these services."

Resident Initials



DocuSign Envelope ID: 983C-FA3C-FA7E-4895-6F-3572930D7300DF



**12.** **MAINTENANCE.**

*When you execute this Lease, you are obligating yourself to care for and maintain the Residence in accordance with the standards and requirements set forth below and all other maintenance provisions included in this Lease. Because you are responsible for the cost of repairing all damage caused to the Residence due to your failure to perform proper maintenance, it is very important that you understand your maintenance obligations. You should carefully review this Section and all other maintenance provisions of this Lease. You must contact Landlord to report damage to the Residence. You may be required to pay a fee for service calls you make to Landlord.*

**12.1**     **Resident Maintenance Responsibilities.**

Resident shall, at all times, use, operate and safeguard the Residence, including any and all furnishings, improvements, equipment, hardware, appliances, landscaping, fixtures, and all mechanical, electrical, gas, and plumbing fixtures located in, on or about the Residence, and maintain, at Resident's own expense, the same in a clean and sanitary condition and perform all other maintenance obligations imposed upon Resident under this Lease. Resident shall maintain the conditions existing at the Residence upon the Commencement Date.

Resident's maintenance obligations shall include, without limitation, **(a)** following all maintenance recommendations of Landlord and any manufacturer recommendations for appliances, equipment, plumbing and other fixtures and furnishings, **(b)** keeping all drains clear and free of hair, obstructions and any foreign matter, **(c)** promptly removing any standing water, excess moisture or damp conditions at the Residence to prevent mold growth or other damage, **(d)** regularly cleaning all vents, filters, and fans located in the Residence (including the appliances and heating, ventilating and any cooling systems), **(e)** properly ventilating kitchen and bathroom(s), and **(f)** otherwise employing proper maintenance activities at the Residence in accordance with the terms of this Lease to maintain the Residence in a good condition of maintenance and repair. Resident shall immediately report to Landlord, in writing, conditions posing any problem, failure, malfunction or damage at the Residence. Resident shall not disable or tamper with any smoke detectors or carbon monoxide detectors installed in the Residence and shall maintain all such detectors in good working order and immediately report to Landlord in writing if any detector becomes inoperable or nonfunctional. Resident shall take all reasonable and customary measures, and shall comply with any emergency and temporary directives from law enforcement, to protect the Residence and Resident's personal property from damage from natural disasters (such as hurricanes, tornadoes, flooding, fires and freezing) and shall follow any evacuation orders. The foregoing includes protecting pipes and other parts of the Residence during times of freezing temperature. Landlord may, from time to time, provide Resident with additional information or instructions regarding care of the Residence including during times of disasters and severe weather, and Resident agrees to comply with such information or instructions. Nothing set forth herein is intended to abrogate or waive any obligations of Landlord required by Applicable Laws to repair conditions at the Residence.

**12.2**     **Landscaping; Outside Care.**

Resident shall maintain the garden, landscaping, trees and shrubs located at the Residence, and provide regular and routine landscape care including but not limited to edging, irrigation, lawn fertilization, weed control, shrub and tree trimming, lawn mowing, removal of sticks and fallen branches, pine island rejuvenation, snow and ice removal, gutter cleaning, lawn overseeding, and leaf removal. All landscape debris shall be properly disposed of and shall not to be stored or composted on the Residence. Resident agrees entrances, driveways, walks, lawns and other public areas shall not be obstructed or used for any purpose other than ingress and egress. If, in Landlord's opinion, Resident is deficient in these activities, Landlord reserves the right to either perform the service or hire the appropriate services, both at Resident's cost, which shall be payable to Landlord as Additional Rent.

**12.3**     **Watering.**

In accordance with any Residence Rules and/or any other standards established by Landlord, Resident shall water, on a regular and routine basis, the garden, landscaping (as applicable), and all trees and shrubs located at the Residence. In performing such watering, Resident shall observe all Applicable Laws pertaining thereto, such as times watering is permitted.

**12.4**     **Swimming Pool; Hot Tub.**

At all times, Resident shall observe all Residence Rules related to use of any swimming pool, hot tub, and/or any related equipment at the Residence and abide by any rules and regulations established by Landlord, as the same may be amended from time to time. Resident shall read and follow any instructions with respect to the pool, hot tub, or related equipment. Resident shall take all reasonable measures to keep all vents, drains, and filters clear from obstruction and debris. Resident shall comply with any further instructions provided by Landlord from time to time. Resident shall maintain the proper water level in the swimming pool and/or hot tub.

Landlord shall perform routine chemical service and equipment maintenance of the swimming pool and/or hot tub. Resident agrees to permit Landlord or Landlord's contracted pool service entry into the portion of the Residence where the pool or hot tub is located for purposes of such maintenance. The charges for such maintenance are set forth in **Section 1**.

Resident Initials

JFA  CRJ

Invitation Homes
Residential Lease Agreement
2 0- 201702

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930D2A84DF3



### 12.5    Pest Control.

As an express condition of Resident's occupancy under this Lease, Resident represents either that: (a) Resident is not aware of any infestation or presence of bed bugs in current or previous living spaces or dwellings, and all furnishings, clothing, possessions and any other personal property that will be brought into the Residence are free of bed bugs or (b) Resident previously lived where bed bugs were present, and all furnishings, clothing, possessions, and any other personal property that will be brought into the Residence have been successfully treated by a licensed pest control professional and are now free of bed bug infestation, with reliable documentation available for Landlord that confirms this successful treatment.  Resident acknowledges the importance of inspecting the Residence for bed bugs and represents that Resident has inspected or, within forty-eight (48) hours of the Commencement Date, shall inspect the Residence and has notified or shall notify Landlord if there are observations or evidence of pests (including bed bugs), or signs of pest infestation during such times.

Resident agrees to take all reasonable steps to maintain the cleanliness and proper housekeeping of the Residence, including, without limitation, ensuring the conditions at the Residence are not conducive to the presence, proliferation, or infestation of insects, bed bugs, rodents, or other pests.  Resident agrees to immediately notify Landlord of any conditions, signs, or evidence, whether known or suspected, indicating pest or bed bug infestation or presence in the Residence or in any of Resident's furnishings, clothing, possessions, or other personal property that is currently, or was previously, present in the Residence.

Resident agrees that, upon notification or reasonable belief of a pest infestation, Landlord and its agents shall have access at reasonable times, subject to the notice requirements under this Lease and Applicable Laws, for pest inspections of the Residence and Resident's furnishings, clothing, possessions, and any other personal property present in the Residence.  Resident and any Resident Parties shall cooperate and not interfere with inspections or pest control treatments.  Resident shall be responsible, at Resident's sole expense, for the treatment of the Residence by a licensed pest control company for the extermination of insects (including bed bugs), rodents or other infestation, except to the extent caused by the gross negligence or willful misconduct of Landlord.

### 12.6    Failure to Maintain.

Resident shall be responsible for any costs incurred by Landlord in inspecting the Residence and making repairs required as a result of Resident's failure to maintain the Residence as required under this Lease or as a result of damage caused by Resident's or any Resident Party's use or activities on or about the Residence.  Resident shall also be responsible for any costs incurred in inspecting or repairing damage caused by Resident's failure to report promptly needed repairs.  Resident shall be obligated to reimburse Landlord for all costs incurred by Landlord in performing such repairs as Additional Rent.

### 12.7    Service and Repair Charges.

Unless restricted under Applicable Laws, if Landlord is required because of the actions or inactions of Resident or any Resident Party to inspect the Residence and/or perform repairs, Landlord shall have the right to charge for all costs of such inspection and repairs.  The minimum charge for a service call and any related inspections and/or repair work is $75.00 (whether or not any inspections or repairs are required to be made).  All such charges shall be payable as Additional Rent.

### 13.    ALTERATIONS.

*Since you are leasing the Residence for a limited period of time, Landlord must approve any alterations which you make to the Residence.  You should understand that Landlord may not always approve your request to make alterations.*  In conjunction with the duties and obligations of Resident under this Lease, including, without limitation, the maintenance provisions of **Section 12** and all Addenda, Resident is prohibited from taking actions that will alter or impact the Residence, or cause the evaluation or inspection of the Residence, Building or conditions therein (collectively referred to as "**Alterations**"), without first obtaining the written consent of Landlord, which consent may be withheld in Landlord's sole and absolute discretion.  Such Alterations include, but are not limited to, the following activities:  sanding, scraping, cutting, removing, heating, demolishing, repairing, renovating, painting, finishing, coating, replacing, modifying, sampling, testing, analyzing or evaluating any interior or exterior building materials at the Residence or the conditions at, in, under and within the Residence or Building.  Prior to commencing any Alterations, Resident shall provide Landlord with thirty (30) days' notice to allow Landlord to post any notices of non-responsibility or such other notices permitted by Applicable Laws.  At Landlord's sole and absolute discretion, any such permitted Alteration(s) of the Residence shall be removed by Resident at Resident's sole cost and expense and the Residence restored to original condition prior to the end of the tenancy unless Landlord gives Resident written notice, which notice may be given at the time of any walk through of the Residence prior to the end of the tenancy, that all or any designated portion of said Alteration(s) shall remain in the Residence, in which event Resident shall not remove such Alteration(s).  In addition, Resident shall not install any fixtures in the exterior of the Residence (including above-ground pools), display any signs or exterior lights on the Residence (except temporary seasonal decorations), and no awnings or other projections shall be attached to the outside of the Residence without first obtaining the written consent of Landlord, which consent may be withheld in Landlord's sole and absolute discretion.  Residents and Occupants with disabilities, as defined by Applicable Laws, may make requests for reasonable accommodations and modifications from Landlord.

Resident Initials

JF ACRJ

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930DA896DF3



Resident shall not allow or cause any mechanic's or material supplier's liens, or any similar liens or encumbrances to be recorded against the Residence and/or the Building. Resident shall indemnify, protect, defend and hold Landlord Parties (as defined below) harmless from and against any and all Claims (as defined below) in connection with any such mechanic's or material supplier's liens, or any similar liens or encumbrances recorded against the Residence. As used in this Lease, "**Landlord Parties**" shall mean Landlord and all of its members, partners, shareholders, managers, officers, principals, investors, affiliates, employees, agents, representatives, successors and assigns, and "**Claims**" shall mean any and all suits, actions, causes of action, damages, demands, claims, liabilities, judgments, fines, penalties and costs, and fees and expenses, including, without limitation, attorneys' fees and costs and costs of enforcement for the subject matter therein.

**14.**     **KEYS; GARAGE DOOR OPENERS; LOCKS.**

*You will be given certain keys, openers and other operating devices. You will be responsible for these keys and other devices and there may be a charge if you lose these keys or devices.* Resident has received or will receive, prior to the Commencement Date, the sets and numbers of keys, remote control devices and any other devices for the Residence and related areas as indicated in a separate document delivered to Resident upon move in. Resident shall not re-key any existing locks or change any existing opening devices without Landlord's prior written consent, which consent may be withheld in Landlord's sole and absolute discretion. If Landlord consents to changes to any existing opening devices, Resident shall immediately deliver copies of all new keys and opening devices to Landlord. Resident shall pay all costs and charges related to loss, repair, and/or replacement of any keys or opening devices. Resident may not remove locks, even if installed by Resident, without Landlord's prior written consent, which consent may be withheld in Landlord's sole and absolute discretion. Upon Resident vacating the Residence, Resident shall be responsible for the cost Landlord incurs for re-keying or replacing any locks for which all keys are not returned and/or to replace locks that Resident changed.

**15.**     **DAMAGE TO RESIDENCE.**

*While no one ever expects an unforeseen casualty, such an event can occur and impact your occupancy. This Section and Section 15.1 address what happens in the unlikely event that there is damage, destruction, or a condemnation.* If, by no fault of Resident, the Residence or Building has been totally or partially damaged or destroyed by fire, earthquake, flood, accident or other casualty that renders the Residence substantially uninhabitable, as determined by Landlord under Applicable Laws, either Landlord or Resident may terminate this Lease by giving the other written notice. If the Lease is not terminated, Monthly Rent shall be abated as of the date the Residence becomes totally or partially uninhabitable. The abated amount shall be the current Monthly Rent prorated on a thirty (30) day period. In addition, if this Lease is not terminated, Landlord shall promptly repair the damage, and Monthly Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Residence. If damages are caused by Resident or any Resident Party, Resident shall be responsible for all costs and expenses of repairing such damages and no reduction in the Rent shall be made. Landlord may complete such repairs and send Resident notice of the amount of any such expense incurred and, within five (5) days after delivery of such notice, Resident shall pay the full amount demanded to Landlord as Additional Rent. Subject to Applicable Laws, if Resident damages or causes damage to the Residence to the extent that the Residence is not habitable, only Landlord shall have the right of termination.

**15.1**     **Condemnation.**

If any portion of the Residence is taken by any public authority by eminent domain, this Lease shall terminate effective as of the date of such taking. Resident hereby assigns to Landlord all condemnation awards of any nature arising out of or relating to Resident's interest created by this Lease.

**16.**     **ENTRY AND INSPECTION.**

*During the Lease Term, Landlord will have certain rights to enter the Residence to perform inspections, repairs and to even show the Residence to other prospective Residents and other parties. It is important that you cooperate with Landlord with such entry. If you fail to do so, you may be liable for certain costs and other damages.* Resident shall permit Landlord and any agent or contractor of Landlord to enter the Residence to inspect the Residence, to make necessary or agreed upon decorations, repairs (including installing, repairing, testing, and maintaining smoke detectors and carbon monoxide devices; bracing, anchoring or strapping water heaters; and other routine maintenance), alterations or improvements, to supply necessary or agreed upon services, or to show the Residence to prospective or actual purchasers, tenants, mortgagees, lenders, appraisers or contractors, at reasonable times and upon reasonable notice, normally twenty-four (24) hours, but no such notice shall be required in the event of an emergency. Said notice may be slipped under or attached to the front door to the Residence or otherwise delivered to Resident in accordance with Applicable Laws. Resident shall allow access to pest control personnel on reasonable notice and will carry out any preparations that are requested prior to any such visit. In addition, Resident agrees that Landlord may enter, at all reasonable times with reasonable notice, to inspect the Residence for reasonable business purposes in accordance with Applicable Laws. Resident acknowledges that Landlord may have a key to the Residence and authorizes Landlord to use such key for entry if Resident is not present, subject to and in accordance with Applicable Laws. Resident agrees to comply with any keysafe or lockbox procedures established by Landlord for entry to the Residence. Resident agrees to compensate Landlord for any damage to the Residence or for locksmithing expenses should entry by Landlord be obstructed because Resident has changed a lock or added an additional lock. Landlord is permitted to make all alterations, repairs and maintenance that in Landlord's judgment is necessary.

Resident Initials



DocuSign Envelope ID: 563C-F133-1A7E-483B-8F35-2930D2884DF2



No notice is required: (a) to enter in case of an emergency when immediate action is necessary in the opinion of Landlord or Landlord's agent for the protection of Resident or the Residence; (b) if Resident is present in the Residence and consents at the time of entry; (c) if Resident has abandoned or surrendered the Residence; or (d) if notice is not required under Applicable Laws. If the work performed requires that Resident temporarily vacate the Residence, then Resident shall vacate for this temporary period upon being delivered reasonable notice by Landlord. Resident agrees that, in the event Resident is required to temporarily vacate the Residence, Resident's sole remedy and compensation shall be a corresponding reduction in Monthly Rent for those many days that Resident was temporarily displaced. For each occasion where Resident wrongfully denies Landlord's access to the Residence, including where Resident fails to leave a key in the keysafe or lockbox for Landlord's use, Resident agrees to pay Landlord the sum of $75.00 as damages for each such occasion, it being acknowledged that Landlord shall be damaged by the denial of access, that Landlord's actual damages are hard to estimate, and that the amount set forth above represents a reasonable pre-estimate of Landlord's damages rather than a penalty. Any wrongful denial of entry by Resident shall be deemed a default under **Section 23** and shall give rise to Landlord's remedies under **Section 24**. For purposes of this **Section 16**, an emergency includes a situation where (i) due to events outside the Residence, such as natural disasters, Landlord unexpectedly requires access to the Residence to assess the need for, or to complete, repairs or (ii) for practical necessity, repairs or maintenance elsewhere in the Building, if applicable, require Landlord to access the Residence. In the event of any emergency entry by Landlord, Landlord shall provide Resident with written notice of such entry as soon as reasonable under the circumstances after entry.

17. **ASSIGNMENT AND SUBLETTING.**

***Landlord is leasing the Residence to you. There are therefore restrictions on your ability to assign or sublet the Residence and Landlord may withhold consent to any such assignment or subletting.*** Resident may not assign this Lease voluntarily or involuntarily nor sublet the whole or any portion of the Residence without the prior written consent of Landlord.

The failure to obtain such consent prior to having any person move into the Residence shall be deemed a material breach of this Lease. Except to the extent provided otherwise by Applicable laws, any action or inaction or acceptance of any Rent or knowledge on the part of Landlord of the presence of a person other than Resident shall not be deemed to be a waiver of the requirement that Landlord's prior written consent must be obtained, nor shall it constitute a consent of any person as a "sub-tenant", approved occupant or new tenant. Any proposed assignee, transferee or sublessee shall submit to Landlord an application and credit information for Landlord's approval and, if approved, sign a separate written agreement with Landlord and Resident to amend this Lease. Landlord's consent to any one assignment, transfer or sublease shall not be construed as consent to any subsequent assignment, transfer or sublease and does not release Resident of Resident's obligations under this Lease.

18. **LIMITED LIABILITY OF LANDLORD.**

***There are some limitations on your ability to bring an action against Landlord which are described in this Section. Some of these limitations are subject, however, to Applicable Laws.*** Resident, for himself/herself/themselves and on behalf of all Resident Parties, agrees that Landlord shall not be liable for any injury or harm to any person or property caused by a defective condition of the Residence and/or Building to the greatest extent permitted by Applicable Laws. Further, Resident agrees, for himself/herself/themselves and on behalf of all Resident Parties and their personal representatives, heirs, executors, administrators, agents and assigns, to release and discharge the Landlord Parties from any and all Claims (known or unknown) arising out of Resident's or the Resident Parties' use of, or acts or omissions in or on, the Residence and/or the planned community or the Building in which the Residence is a part.

**RESIDENT ACKNOWLEDGES THAT RESIDENT HAS CAREFULLY READ THIS WAIVER AND RELEASE AND FULLY UNDERSTANDS THAT IT IS A RELEASE OF LIABILITY TO THE MAXIMUM EXTENT ALLOWED UNDER APPLICABLE LAWS. RESIDENT IS WAIVING ANY RIGHT WHICH RESIDENT OR THE RESIDENT PARTIES MAY HAVE TO BRING A LEGAL ACTION TO ASSERT A CLAIM AGAINST THE LANDLORD PARTIES, FOR RESIDENT'S AND/OR SUCH RESIDENT PARTIES' OR THEIR RESPECTIVE PERSONAL REPRESENTATIVES', HEIRS', EXECUTORS', ADMINISTRATORS', EMPLOYEES' OR ASSIGNS' ACTS OR OMISSIONS IN OR ON, OR USE OF, THE RESIDENCE OR THE PROPERTY OF WHICH THE RESIDENCE IS A PART.**

19. **INDEMNIFICATION.**

In accordance with this Lease, Resident shall indemnify, protect, defend and hold Landlord and the Landlord Parties harmless from any and all Claims associated with any injury or harm to any person or property occurring on or about the Residence and Building, as applicable, including but not limited to any breach by Resident of this Lease and/or any damage or liability caused by Resident or any Resident Party during the Lease Term, except to the extent that the injury or harm is caused by the gross negligence or willful misconduct on the part of Landlord.

Resident Initials



Invitation Homes
Residential Lease Agreement
2.0- 201702

13

DocuSign Envelope ID: 583C F153-1A7E-483B-8F33-2930DEA94DF3

 invitation homes

**20.**    **INSURANCE.**

*You are required to obtain insurance and provide evidence of such insurance to Landlord upon Landlord's request.*  Resident is advised that the personal property and vehicles of Resident and any Resident Parties, and any other liabilities Resident may sustain under this Lease, are not insured by Landlord against loss or damage. Resident is required to carry Resident's own insurance to protect Resident from any such loss or damage as described in this Lease and the Renters Insurance Addendum.  Resident shall comply with any requirement imposed by Landlord's insurer to avoid: (a) any increase in Landlord's insurance premium, and (b) loss of insurance.  Resident further acknowledges and agrees that Resident shall bear the risk of loss of any and all of Resident's personal property whether located in the Residence, the Building, garage/carport, designated storage areas or any surrounding areas.  Resident agrees not to hold Landlord, its agents and/or its employees liable in any manner for or on account of any loss or damages sustained by reason of the acts or omissions of third parties, or arising from any casualty (including but not limited to fire, theft, explosion, winds, earthquake, flood and/or water damage).  Resident shall execute and abide by the Renters Insurance Addendum.

**20.1**    **Renters Insurance.**

As specified in the Renters Insurance Addendum, Resident is required, at Resident's expense, to purchase and maintain a liability insurance policy to protect and insure against bodily injury and damages to the Residence.  Resident's liability for any damages or claims related to the Residence is in no way limited to the amount covered under any insurance obtained by Resident.

**20.2**    **Dog Bite Liability Insurance.**

If Landlord authorizes Resident to keep a dog (other than a service or assistance animal) at the Residence, Resident may be required to purchase and maintain dog bite liability insurance.  If applicable, see the Pets Addendum or Pets Amendment for more information.

**20.3**    **Other Insurance.**

Resident shall maintain any other insurance required under this Lease or as may be required by Landlord to address liabilities arising from any specific use by Resident or any Resident Parties.

**21.**    **WAIVER.**

No failure of Landlord to enforce any provision of this Lease shall be deemed a waiver of that term or of any other term of this Lease.  The waiver by Landlord of any provision of this Lease shall not be deemed to be a waiver of any subsequent breach of the same or any other provision of this Lease, nor shall any custom or practice which may arise between the parties be construed to waive or to lessen the right of Landlord to insist upon performance by Resident of all the provisions of this Lease.  The subsequent acceptance of Rent by Landlord shall not be deemed to be a waiver of any preceding breach by Resident of any term of this Lease, regardless of Landlord's knowledge of such preceding breach at the time of acceptance of such Rent.  Landlord's acceptance of a partial payment of Rent shall not constitute a waiver of Landlord's right to the full amount due nor shall Landlord's acceptance of Rent paid late ever constitute a waiver of Landlord's right to evict Resident for habitual late payment of Rent.

**22.**    **JOINT AND SEVERAL LIABILITY.**

Resident expressly acknowledges and agrees that if Resident is comprised of more than one (1) individual, each such individual shall be individually and jointly and severally liable for the performance of each and every part of this Lease.  In particular, in the event of default by any one such individual, each and every remaining individual comprising Resident shall be responsible for timely payment of Rent, payment of any damages (however or whenever incurred) and the performance of all other provisions of this Lease, whether or not such Resident continues in possession of the Residence.

**23.**    **RESIDENT'S DEFAULT.**

*Sections 23 and 24 describe what events constitute a default and the remedies available to Landlord for a default.  You should understand the consequences of a default and Landlord's rights and remedies in such case.*  The occurrence of any of the following shall constitute a default by Resident under this Lease:

**23.1**    **Obligation to Pay Rent.**

Failure to pay Rent when due and payable; or

Resident Initials



DocuSign Envelope ID: 583C F133-1A7E-483B-8F33-2930D2A9A4D5



**23.2** **Other Obligations.**

Failure to perform any other obligation of Resident under this Lease or comply with any provisions of this Lease, provided that Landlord shall provide Resident a notice of default and the opportunity to cure such default within the time period that is the least of (a) five (5) days (unless a longer period is required by Applicable Laws), (b) the period afforded Landlord by a third party to cure a violation of Applicable Laws or any HOA Rules, or (c) the minimum period provided by Applicable Laws, except that in no case shall a cure period be given for incurable defaults.

**24.**    **LANDLORD'S REMEDIES.**

Landlord shall have the following remedies if Resident commits a default and does not cure such default within any applicable cure period.  These remedies are not exclusive; they are cumulative and in addition to any remedies now or later allowed by Applicable Laws.

**24.1**    Landlord may continue the Lease in full force and effect, and the Lease will continue in effect as long as Landlord does not terminate Resident's right to possession, and Landlord shall have the right to collect Rent when due.

**24.2**    Landlord may terminate Resident's right to possession of the Residence at any time.  No act by Landlord other than giving notice to Resident in accordance with Applicable Laws shall terminate this Lease.  Acts of maintenance, efforts to relet the Residence, or the appointment of a receiver on Landlord's initiative to protect Landlord's interest under this Lease shall not constitute a termination of Resident's right to possession.

**24.3**    Landlord, at any time after Resident commits a default, may cure the default at Resident's cost.  If Landlord, at any time, by reason of Resident's failure to cure a default within the required timeframe, pays any sum or does any act that requires the payment of any sum, the sum paid by Landlord shall be due immediately from Resident to Landlord and shall bear interest from the date the sum is paid by Landlord until Landlord is reimbursed by Resident, at the lesser of (a) ten percent (10%) per annum or (b) the maximum rate permitted by Applicable Laws.  The sum, together with interest on it, shall be treated as Additional Rent but shall not be considered an increase in the Monthly Rent.

**24.4**    All legal and equitable remedies permitted by Applicable Laws, which includes filing an immediate dispossessory action.  In any dispossessory action, and to the extent permitted by Applicable Laws, Resident shall deposit any unpaid Rent with the applicable Court by money order or cashier's check.  To the full extent permitted by Applicable Laws, Resident shall be liable for Landlord's costs and expenses, including, without limitation, the cost of finding and processing a replacement resident, locator service fees, cleaning costs, make-ready costs, attorneys' fees, court fees, administrative fees and eviction processor fees.

**24.5**    Except where prohibited by law, should it become necessary for Landlord to retain the services of a collection agency to collect any monies due, Resident agrees to pay all collection fees or costs incurred by the Landlord, or Landlord's collection agent.  Agency collection fees may equal up to fifty percent (50%) of the total debt.

**25.**    **EARLY MOVE-OUT.**

*Landlord has relied upon your commitment to lease the Residence for the entire Lease Term.  Therefore, if you move out early, you will be in default and will be liable to Landlord for damages and the payment of Rent for the time you agreed to stay in the Residence, or you may elect to pay an early lease termination option in the sum of two-month's rent.* If Resident desires to move out early, and provided that Resident is not then in default under this Lease, and does not reside within an HOA that prohibits more than one lease per calendar year, Resident shall have the option, by delivering written notice to Landlord specifying an early move-out date that is at least thirty (30) days after the date of such notice, to pay Landlord an early termination option sum ("Option Sum") equal to two months' Monthly Rent, which Option Sum shall be due and payable no less than ten (10) days after such notice. Resident shall remain obligated to pay Monthly Rent and all other Rent amounts and to perform all of its obligations under this Lease through the early move-out date.  If Resident moves out early without Landlord's prior written consent or without paying the Option Sum, Resident shall be liable to Landlord for Landlord's actual damages, including liability for Rent during the entire remainder of the Lease Term (less mitigation) and other costs and expenses, including, without limitation, the costs of finding and processing a replacement resident, locator service fees, and cleaning and make-ready costs.

**26.**    **ABANDONMENT.**

If Resident removes or attempts to remove any property from the Residence other than in the usual course of continuing Resident's occupancy of the Residence, without having first paid Landlord all moneys due under this Lease, the Residence and any personal property, belongings and/or effects contained therein may be considered abandoned, and Landlord shall have the right, without notice and at Resident's expense, as Additional Rent, to store or dispose of any such personal property left in the Residence by Resident in accordance with Applicable Laws.  A default under this Section shall constitute a default under **Section 23** and shall give rise to Landlord's remedies under **Section 24**

Resident Initials





**27.    TERMINATION OF TENANCY BY RESIDENT; RESIDENT'S OBLIGATIONS UPON VACATING RESIDENCE.**

**27.1    Termination by Resident.**

*Upon termination of the Lease, you will have certain obligations with respect to the Residence. This Section describes those obligations, which include the obligations to provide notice to Landlord and to remove your personal property from the Residence.* At the expiration of the Lease Term, Resident may terminate the rental of the Residence only by giving Landlord sixty (60) days' advance written notice (thirty (30) days for a month-to-month lease), which notice shall be substantially in the form of the Resident's Notice of Intent to Move Out form provided separately by Landlord. Rent shall be due and payable through the end of the notice period. Resident may rescind said notice within five (5) calendar days after it is delivered to Landlord without incurring liability to any person. Such rescission must be in a writing delivered to Landlord. Thereafter, if Resident fails to vacate the Residence on or before the date set forth in Resident's notice, Resident shall be liable for any costs and damages incurred by Landlord or any third parties who relied on Resident's notice to terminate the tenancy. Resident further agrees to indemnify, protect, defend and hold Landlord and the Landlord Parties harmless from any and all Claims arising in any way out of Resident's failure to comply with the provisions of Resident's notice. Resident's failure to pay any such sums within five (5) days after written demand shall be deemed a breach of this Lease. Upon Landlord's receipt of Resident's termination notice, Landlord may enter the Residence, upon twenty-four (24) hours advance written notice to Resident, to show the Residence to prospective buyers or renters.

**27.2    Obligations of Resident Upon Termination.**

Upon termination of this Lease, Resident shall: (a) give Landlord all keys or opening devices for the Residence, the Building or any common areas, providing, at a minimum, the number of keys and opening devices that were provided to Resident as of the Commencement Date; (b) clean, vacate, surrender and deliver the Residence to Landlord in as good of a condition as existed on the Commencement Date, normal wear and tear excepted, including replacing all light bulbs as necessary and completing any Repairs (as defined in **Section 27.4** below); (c) vacate any/all parking and/or storage space; (d) remove all debris; (e) give written notice to Landlord of Resident's forwarding address; and (f) remove all personal property of Resident. Any personal property that is left in the Residence shall be handled in accordance with Applicable Laws and **Section 27.5** below. Resident acknowledges that burns, stains, holes and tears in the carpeting, draperies or walls do not constitute normal wear and tear.

**27.3    Alterations and Improvements.**

All Alterations made by or caused to be made by Resident, with or without Landlord's consent, become the property of Landlord upon termination. Landlord may charge Resident for restoration of the Residence to the condition it was in prior to any Alterations. Under no circumstances shall Resident be entitled to recover any amounts paid by Resident for said Alterations, or otherwise be entitled to an offset of any monies due Landlord for having undertaken any such Alterations.

**27.4    Move-Out Inspection.**

Resident may request that Landlord complete an inspection of the Residence (a) no more than two (2) weeks prior to Resident vacating the Residence and (b) at the time Resident vacates the Residence. Resident shall be given an opportunity to remedy identified deficiencies during any such inspection prior to Resident vacating the Residence, consistent with the terms of this Lease. Any repairs or alterations made to the Residence as a result of this inspection (collectively, "**Repairs**") shall be made at Resident's expense. Repairs may be performed by Resident or through others who have adequate insurance and licenses and are approved by Landlord. The work shall comply with Applicable Laws, including governmental permit, inspection and approval requirements. Repairs shall be performed in a good, skillful manner with materials of quality and appearance comparable to existing materials. It is understood that exact restoration of appearance or cosmetic items following any Repairs may not be possible. Resident shall: (a) obtain receipts for Repairs performed by others; (b) prepare a written statement indicating the Repairs performed by Resident and the date of such Repairs; and (c) provide copies of receipts and statements to Landlord prior to vacating the Residence. If Resident fails or refuses to participate in either move-out inspection, Landlord's written inspection report(s) shall be conclusively presumed to be correct.

**27.5    Personal Property of Resident.**

Upon vacating the Residence, Resident shall remove all personal property from the Residence. If any personal property is left in the Residence, and if required by Applicable Laws, Landlord will provide Resident, by first class mail, postage prepaid (to the Residence unless another address has been provided by Resident), a notice to reclaim abandoned property. Landlord shall store and/or dispose of all personal property in accordance with Applicable Laws, provided that Landlord may charge Resident for such costs or deduct such costs from the Security Deposit.

Resident Initials

Invitation Homes
Residential Lease Agreement
2 0- 201702

DocuSign Envelope ID: 565CF155-1AYE-4B5B-9F35-2930D2980DF5



**27.6** **Landlord's Signage Rights.**

Landlord may place signage in the front yard or any other reasonable location at the Residence (a) ninety (90) days prior to the end of the Lease Term, (b) upon receipt of Resident's notice to terminate, and (c) at such other reasonable times as Landlord determines, to advertise the Residence to potential renters and/or buyers.

**28.** **SURRENDER.**

Whenever Landlord is entitled to possession of the Residence under the terms of this Lease and in accordance with Applicable Laws, Resident shall immediately vacate the Residence and remove all of Resident's personal property from the Residence. Unless specifically permitted under this Lease, if Resident remains in the Residence after termination or expiration of this Lease without Landlord's express written consent, Resident shall be deemed a holdover tenant and Landlord shall have all remedies provided by Applicable Laws, including but not limited to an action for eviction.

**29.** **RESIDENCE RULES.**

Resident shall abide by any and all Residence Rules whether made known before or after the date of this Lease, including without limitation all applicable HOA Rules, municipal codes, and any rules and regulations provided to Resident by Landlord for the Residence.

**29.1** **Community Facilities and Amenities.**

The Residence may be located within a community that includes common areas, resident amenities or facilities, and/or recreational facilities (collectively, "Amenities"). Resident's use of any Amenities is a privilege and license granted by Landlord, and not a contractual right except as otherwise provided for in this Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of this Lease and any Residence Rules, which may include (a) recorded restrictions, rules and regulations promulgated by any homeowners association governing the community and distributed by Landlord or the homeowners association that are in effect at any given time, or (b) rules and regulations established by Landlord, which Landlord may establish and/or amend from time to time. Resident hereby acknowledges receipt of the existing Residence Rules and agrees to comply with and abide by the Residence Rules and any future Residence Rules, as the same may be amended from time to time. In all cases, the most restrictive terms of either this Lease and the Residence Rules shall control. If Resident or any Resident Parties violate the Residence Rules, Resident shall be responsible for any resulting fines or other charges imposed by any homeowners association.

Resident expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's and any Resident Parties' use of the Amenities. Resident shall hold Landlord harmless and release and waive any and all Claims that Resident may have against Landlord and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of Applicable Laws.

THE TERMS OF THIS SECTION 29.1 SHALL APPLY TO RESIDENT AND ANY RESIDENT PARTIES, TOGETHER WITH THEIR RESPECTIVE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES, AND RESIDENT SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE TERMS OF THIS LEASE AND THE RESIDENCE RULES, AND RESIDENT INTENDS TO AND SHALL INDEMNIFY, PROTECT, DEFEND AND HOLD LANDLORD HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH.

**30.** **MILITARY PERSONNEL.**

Resident may terminate this Lease prior to the Expiration Date if Resident is (a) a member of the U.S. Armed Forces or reserves on active duty or a member of the National Guard called to active duty for more than thirty (30) days in response to a national emergency declared by the President of the United States, or (b) receives orders for permanent change-of-station, receives orders to deploy with a military unit or as an individual in support of a military operation for ninety (90) days or more or is relieved or released from active duty. Upon written notice from Resident to Landlord of such event, this Lease will be terminated thirty (30) days after the date on which Resident's next Monthly Rent is due. Resident shall be required to provide to Landlord a copy of such military orders which warrant termination of this Lease. Military permission for base housing in the local area in which the Residence is a part of does not constitute a change-of-station hereunder. After Resident vacates the Residence, Landlord shall return the Security Deposit in accordance with this Lease. For the purposes of this Lease, orders described in subsection (b) above will only release (i) a resident who qualifies under both subsections (a) and (b) above and receives the orders during the Lease Term and (ii) such resident's spouse or legal dependent living in the Residence. A co-tenant who is not such resident's spouse or dependent cannot terminate the Lease under this Section.

Resident Initials

JF ACRJ

DocuSign Envelope ID: 565C7733-7A7E-4B3B-9F33-2930B3848DF3



Unless otherwise provided in this Lease, Resident represents at execution of this Lease that: (x) Resident does not have deployment or change-of-station orders; (y) Resident does not intend to retire from the military during the Lease Term; and (z) the term of Resident's enlistment or obligation will not end before the Lease Term. Resident shall be required to immediately notify Landlord if Resident is called to active duty or receives deployment or permanent change-of-station orders.

31.    **NEIGHBORHOOD CONDITIONS.**

***You should spend time getting to know the neighborhood in which the Residence is located before you execute this Lease.  You should also take into account any matters which may be applicable under Sections 32 through 34 below regarding your Residence.***  Landlord makes no representations or warranties as to the current or future character or condition of the area or neighborhood in which the Residence is located.  Further, Resident acknowledges that Landlord is not representing or warranting that the Residence is safe or secure and is not guaranteeing the safety or security of any Resident or Resident Party.

Resident is advised to satisfy himself/herself as to neighborhood or area conditions, including schools, proximity and adequacy of law enforcement, crime statistics, proximity of registered felons or offenders, fire protection, other governmental services, availability, adequacy and cost of any speed-wired, wireless internet connections or other telecommunications or other technology services and installations, proximity to commercial, industrial or agricultural activities, proximity to airports, existing and proposed transportation, construction and development that may affect noise, view, or traffic, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, cemeteries, facilities and conditions of common areas, conditions and influences of significance to certain cultures or religions, and personal needs, requirements and preferences of Resident.

32.    **CONDOMINIUM; PLANNED UNIT DEVELOPMENT.**

If the Residence is a unit in a condominium, planned unit development, common interest subdivision or other development governed by a homeowners association(s), Resident agrees to comply with all such homeowners association(s) covenants, conditions and restrictions, articles, bylaws, rules and regulations and decisions.  Resident will take due care when using any of the areas or common areas of the Building, community or development, and shall not cause any damages to any such areas.  Resident shall be liable to Landlord for the cost of repairing any damages to the Building, community or development caused by Resident, any Resident Party, or Resident's or any Resident Party's pets, and for any fines, assessments, or other charges levied against Landlord.  Resident shall promptly notify Landlord of any such damages to the Building, community or development caused by Resident and/or any Resident Party.

33.    **LEAD-BASED PAINT.**

If the Residence was constructed prior to 1978, Landlord has, in accordance with federal law, provided Resident with the disclosures, information and U.S. EPA pamphlet identified on the attached Lead-Based Paint and Lead Hazards Information and Disclosure Addendum. Resident acknowledges receipt and sufficient opportunity to review the Addendum and materials identified in this **Section 33**.

34.    **ASBESTOS.**

In accordance with Applicable Laws, Landlord has provided Resident with the disclosures and information regarding asbestos set forth in the Asbestos and Asbestos-Containing Materials Addendum.  Resident acknowledges receipt of and sufficient opportunity to review the Addendum and materials identified in this **Section 34**.

35.    **NOTICES.**

*IT IS IMPORTANT TO FOLLOW THE NOTICE REQUIREMENTS.  WHILE WE LIVE IN AN AGE WHERE CELL PHONES, TEXTING AND EMAILS ARE PREVALENT, YOU WILL ALSO NEED TO FOLLOW THE NOTICE REQUIREMENTS.  ALL INFORMATION, ADVICE OR NOTICES WHICH EITHER PARTY IS PERMITTED OR REQUIRED TO GIVE TO THE OTHER SHALL BE IN WRITING.  NO ORAL NOTICE OF ANY KIND MAY BE USED EXCEPT IN AN EMERGENCY.  NOTICES TO RESIDENT SHALL BE GIVEN TO RESIDENT AT THE RESIDENCE.  NOTICES TO LANDLORD SHALL BE GIVEN TO LANDLORD AT THE ADDRESS SPECIFIED IN SECTION 1 OF THIS LEASE.  NOTICES TO EITHER RESIDENT OR LANDLORD OR LANDLORD'S AUTHORIZED AGENT UNDER THIS LEASE SHALL BE DEEMED PROVIDED, RECEIVED OR DELIVERED TO THE ADDRESS SPECIFIED HEREIN (a) IF BY OVERNIGHT MAIL, COURIER OR OTHER PERSONAL DELIVERY TO SUCH ADDRESS, ON THE DATE OF DELIVERY OR (b) IF DEPOSITED IN THE U.S. MAIL, THREE (3) DAYS (OR SUCH OTHER PERIOD SPECIFIED BY APPLICABLE LAWS) AFTER THE DEPOSIT OF THE NOTICE BY THE SENDER IN THE U.S. MAIL.*

Resident Initials



Invitation Homes
Residential Lease Agreement
2 0- 201702



36.     **ESTOPPEL CERTIFICATES.**

Resident shall execute and return a tenant estoppel certificate delivered to Resident by Landlord or its Authorized Agent confirming there are no defaults by Landlord and other information reasonably requested by Landlord within five (5) days following receipt. Failure to comply with this requirement shall be deemed Resident's acknowledgment that the tenant estoppel certificate is true and correct, and may be relied upon by a lender or purchaser.

**RESIDENT UNDERSTANDS AND AGREES THAT PERSONS TO WHOM THE ESTOPPEL CERTIFICATE MAY BE GIVEN WILL RELY ON THE INFORMATION PROVIDED BY RESIDENT.**

37.     **SUBORDINATION OF LEASE.**

This Lease and Resident's interest hereunder are and shall be subordinate, junior and inferior to any and all mortgages, liens or encumbrances now or hereafter placed on the Residence by Landlord, all advances made under any such mortgages, liens or encumbrances (including, but not limited to, future advances), the interest payable on such mortgages, liens or encumbrances and any and all renewals, extensions or modifications of such mortgages, liens or encumbrances.

38.     **REPRESENTATIONS.**

*Landlord is relying upon the information you have provided to Landlord.  Please be sure this information is accurate.  Failure of Resident to provide accurate information may result in a default under this Lease and give Landlord certain rights and remedies for misrepresentations.*  In leasing the Residence, Resident represents and warrants that all statements in Resident's rental application are complete and accurate.  Any misrepresentation of any facts material to Landlord's decision whether to rent the Residence to Resident or to permit a sub-tenant shall be considered a breach of this Lease and subject Resident and any sub-tenant to eviction.  Landlord requires all occupants 18 years of age or older and all emancipated minors to complete a lease rental application.  Resident acknowledges this requirement and agrees to notify Landlord when any occupant reaches the age of 18 or becomes an emancipated minor.  Resident authorizes Landlord to obtain Resident's credit report and/or to perform a background check periodically during the tenancy in connection with the modification or enforcement of this Lease.  Landlord may cancel this Lease: (a) before occupancy begins; (b) upon disapproval of the credit report(s); or (c) at any time, upon discovering that information in Resident's application is false. A negative credit report reflecting on Resident's record may be submitted to a credit reporting agency if Resident fails to fulfill the terms of payment and/or other obligations under this Lease.

39.     **QUIET ENJOYMENT.**

Resident, upon payment of all Rent and other sums due under this Lease, and Resident's performance of all of Resident's obligations and agreements contained herein, shall and may peacefully and quietly have, hold and enjoy the Residence for the Lease Term.

40.     **GOVERNING LAW.**

This Lease shall be governed, construed and interpreted by and in accordance with the laws of the State where the Residence is located.

41.     **SURVIVAL.**

All indemnity obligations set forth in this Lease shall survive the early termination or expiration of this Lease.

42.     **RESIDENT CERTIFICATION OF NON-TERRORIST STATUS.**

Resident warrants that each individual Resident is not acting directly or indirectly for or on behalf of any person, group, entity or nation named by any Executive Order or the US Treasury Department as a terrorist, a "Specially Designated National and Blocked Person," or any other banned or blocked individual or entity.  Any violation of this **Section 43** shall constitute a default under **Section 23** and shall give rise to Landlord's remedies under **Section 24**.

Resident Initials

Invitation Homes
Residential Lease Agreement
2 0- 201702

19

DocuSign Envelope ID: 585C1133-1A7E-483B-8F33-2930D24E60DF3



**43.** <u>**SEVERABILITY.**</u>

To the extent that any term or provision of this Lease is illegal, invalid, or unenforceable under existing or future Applicable Laws, all remaining terms and provisions of this Lease shall not be affected and shall remain binding.  Additionally, Landlord and Resident hereby agree that any such illegal, invalid, or unenforceable term or provision shall be deemed replaced by a term or provision that is legal, valid, and enforceable and that is as similar as reasonably practicable to such invalid, illegal or unenforceable term or provision, except to the extent that such replacement term or provision does not express the parties' intent.

**44.** <u>**MISCELLANEOUS.**</u>

Time is of the essence to each and every provision contained in this Lease.  All understandings between the parties are incorporated in this Lease. All terms and conditions are intended by the parties as a final, complete and exclusive expression of their agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. Neither this Lease nor any provision in it may be extended, amended, modified, altered or changed except in writing. This Lease and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.  The covenants, obligations and conditions contained in this Lease shall be binding on and inure to the benefit of the heirs, legal representatives and assigns of the parties.  Resident's failure to initial any page or provision within this Lease shall not invalidate this Lease nor any provision included herein.  To the extent permitted by Applicable Laws, Landlord shall be excused from any obligation under this Lease if performance of such obligation is impracticable due to an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or any other event that is beyond Landlord's control.  If Resident has any questions regarding this Lease, Resident should consult an attorney before signing this Lease.

By signing below Landlord and Resident each affirm that he/she has read and agrees to be bound by each and every term of this Lease as of the date of this Lease as specified in **Section 1**.

**This Lease shall not constitute a binding contract to lease the Residence until it is approved and signed by Landlord and a fully-executed copy of this Lease is delivered to Resident.  The undersigned Resident accepts the foregoing offer and agrees to lease the Residence described in this Lease on the terms and conditions set forth in this Lease.**

Landlord:                                                                    Resident:

2015-1 IH2 Borrower LP  , a Delaware limited partnership

By: _Angelica Ponce_
    AD0002295F7164AAC...

Name: _Angelica Ponce_

Title: _Authorized Signatory_ Date: _8/7/2017_

| | | |
|---|---|---|
| _Christine Johnson_ | _C. Johnson_ | _7/30/2017_ |
| Print Name | Signature | Date |
| _James Andrews_ | _James Andrews_ | _8/7/2017_ |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |

Invitation Homes
Residential Lease Agreement
2 0- 201702



### ADDITIONAL ADDENDA, DISCLOSURES AND FORMS

The following checked Addenda, disclosures and forms are hereby made a part of and incorporated into the Lease to which they are attached as though fully set forth in full therein and all references herein to the Lease shall include all such Addenda. To the extent that there are any conflicts between the terms and conditions of this Lease and any such Addenda, disclosures and forms, the terms and conditions of the Addenda, disclosures and forms shall govern and control:

[ X ]    Renters Insurance Addendum

[ X ]    Asbestos and Asbestos-Containing Materials Addendum

[ X ]    Lead-Based Paint and Lead Hazards Information and Disclosure Addendum

[ X ]    Mold Information and Prevention Addendum

[ X ]    Residence Rules and Regulations

[ X ]    Crime Free Residence Addendum

[ ]    Pets Addendum

[ ]    Rent Concessions Addendum

[ ]    Residential Lease Agreement Addendum—Arizona Provisions

[ ]    Residential Lease Agreement Addendum—California Provisions

[ ]    Residential Lease Agreement Addendum—Florida Provisions

[ ]    Residential Lease Agreement Addendum—Florida Early Lease Termination

[ ]    Residential Lease Agreement Addendum—Georgia Provisions

[ X ]    Residential Lease Agreement Addendum—Illinois Provisions

[ ]    Residential Lease Agreement Addendum—Minnesota Provisions

[ ]    Residential Lease Agreement Addendum—Nevada Provisions

[ ]    Residential Lease Agreement Addendum—North Carolina Provisions

[ ]    Residential Lease Agreement Addendum—South Carolina Provisions

[ ]    Residential Lease Agreement Addendum—Washington Provisions

**This Addendum** is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease. Any capitalized term not herein defined shall have the same meaning as set forth in the Lease. The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

Landlord:                                                                Resident:

2015-1 IH2 Borrower LP , a Delaware limited partnership        Christine Johnson          _C. Johnson_          7/30/2017
                                                                Print Name                Signature             Date

By: _Angelica Ponce_
    AE0000229EF164AC...                                          James Andrews           _James Andrews_        8/7/2017
                                                                Print Name                Signature             Date
Name: Angelica Ponce

Title: Authorized Signatory    Date: 8/7/2017                   Print Name                Signature             Date


                                                                Print Name                Signature             Date


                                                                Print Name                Signature             Date


                                                                Print Name                Signature             Date

DocuSign Envelope ID: 5B3C1133-1A7E-483B-8F33-2930D4989DF3



### RESIDENTIAL LEASE AGREEMENT ADDENDUM
#### Renters Insurance

*This Addendum describes your obligation to obtain renters and other insurance and to provide proof of such insurance.*

**GENERAL INFORMATION.** Landlord does not maintain insurance separately protecting Resident against injury, loss, damage, or personal liability. Any Rent or portion thereof paid by Resident to Landlord is not used to pay the premiums on any insurance policy for the Residence and Landlord's owners insurance does not cover any of Resident's personal property. Landlord's owners insurance provider may seek to recover from Resident if Resident or any Resident Parties cause damages or injury to the Residence, Landlord's property, or to other individuals. The following list describes some, but not all, of the situations where Resident may be held liable:

    (a)      Resident's defective appliance or machine starts a fire that causes damage to the Residence or other property.

    (b)      A babysitter, serviceperson, or guest injures themselves while assisting Resident or making repairs within the Residence.

    (c)      A door or window to the Residence is broken during a burglary.

    (d)      Property belonging to Resident's friend is stolen from Resident's vehicle while parked at the Residence.

**1.**    <u>**RENTERS INSURANCE REQUIRED**</u>. Resident shall obtain and maintain an annual term renters insurance policy for the Residence, from an insurance carrier with an AM Best rating of A-VII or better (or, if such rating service is unavailable, an equivalent rating from a qualified carrier rating service licensed in the State in which the Residence is located), covering at least **$100,000** of liability per occurrence for the entire duration of the Lease Term, beginning with the Commencement Date and ending upon termination of the Lease. The renters insurance policy must name Landlord as an "Interested Party" (or its equivalent, as acceptable to Landlord in its sole discretion). Resident is encouraged, but is not required, to also obtain and maintain a renters insurance policy covering loss or damage of Resident's and any Resident Parties' personal property.

**2.**    <u>**GROUP INSURANCE**</u>. To satisfy the renters insurance requirements of the Lease and this Addendum, Resident may, but is not obligated to, participate in a group insurance program that may be made available by Landlord from time to time ("**Group Insurance**"), the terms and conditions of which shall be provided to Resident in a separate document. Resident shall pay, as Additional Rent, the monthly charge (provided separately) for such Group Insurance for so long as and for all periods that Resident is enrolled in Group Insurance, and if Resident fails to timely pay such charges and does not otherwise provide satisfactory evidence of insurance, Landlord may obtain renters insurance on behalf of Resident pursuant to **Section 4** below. Resident's participation in Group Insurance and timely payment of the monthly Group Insurance charges shall constitute satisfactory evidence of insurance.

**3.**    <u>**NOTICE OF CANCELLATION**</u>. The insurance carrier must be required under the renters insurance policy to notify Landlord within thirty (30) days after any cancellation, non-renewal, or material change in the renters insurance policy.

**4.**    <u>**FAILURE TO MAINTAIN INSURANCE; PLACEMENT OF INSURANCE BY LANDLORD**</u>. If Resident fails to provide evidence of renters insurance, as required below, or otherwise fails to maintain renters insurance according to the terms of the Lease or this Addendum, Landlord may, *but is not required to*, at Resident's sole expense, obtain a renters insurance policy to cover any such deficiency, and any charges incurred by Landlord shall constitute Additional Rent and shall be immediately due and payable by Resident to Landlord upon written demand therefor. Resident acknowledges that the costs of any renters insurance policy obtained by Landlord pursuant to this Section may exceed the costs of a policy obtained by Resident, and that any such policy may not fully protect Resident's interests.

**5.**    <u>**NO SOLICITATION**</u>. Unless otherwise provided in writing, except for making information available to Resident regarding the Group Insurance referenced above, Resident acknowledges that Landlord has not made any solicitations, guarantees, representations, or promises regarding insurance or services provided by any insurance company related to Resident's renters insurance required hereunder. Resident may obtain renters insurance from an insurance carrier of its own choosing, subject to the terms of this Addendum.

**6.**    <u>**DOG BITE LIABILITY INSURANCE**</u>. If Landlord authorizes Resident to keep a dog at the Residence, Resident shall be required to purchase and maintain dog bite liability insurance, in addition to the renters insurance required under this Addendum. If applicable, see the Pets Addendum or Pets Amendment for more information.

**7.**    <u>**OTHER INSURANCE**</u>. Resident shall also maintain any other insurance required under the Lease or as may be required by Landlord to address liabilities arising from any specific use by Resident or any Resident Parties.

**8.**    <u>**EVIDENCE OF INSURANCE**</u>. Resident shall provide evidence (to Landlord's reasonable satisfaction) of Resident's renters insurance policy within fifteen (15) days after the Commencement Date. Resident shall also provide evidence of any insurance required under the Lease and this Addendum within fifteen (15) days after a written request from Landlord to provide such evidence, as Landlord may demand from time to time. A copy of the policy or the declaration page to the policy setting forth the insurance requirements of this Addendum shall constitute satisfactory evidence for purposes of this Section.

Resident Initials

| DS | DS |
| JF | CRJ |

DocuSign Envelope ID: 565C7753-7A7E-4855-8F35-2930D7A96DF5



9. **LIABILITY**. Resident's liability for any damages or claims related to the Residence is in no way limited to the amount covered under any insurance obtained by Resident. Landlord shall not be liable for Resident's loss of personal property.

10. **MATERIAL DEFAULT**. Resident's failure to comply with any of the terms of this Addendum shall constitute an immediate and material default of the Lease and Landlord shall have all remedies provided by the Lease and Applicable Laws.

11. **DISCLOSURES**. Resident's obligation to maintain renters insurance is not required by Applicable Laws, but stems solely from the terms of the Lease and this Addendum. Resident acknowledges that any insurance required under the Lease or this Addendum is not related, and is in addition, to the Security Deposit. By requiring renters insurance, Landlord is in no way attempting to limit its own liability under the Lease and Applicable Laws. Unless prohibited by Applicable Laws, Landlord or its affiliates may be receiving remuneration from insurance companies for policies Landlord obtains on behalf of Resident.

**THIS ADDENDUM** is incorporated into and becomes part of the Residential Lease Agreement ("Lease") entered into between Resident and Landlord for the Residence described in the Lease. Any capitalized term not herein defined shall have the same meaning as set forth in the Lease. The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

Landlord:

2015-1 IH2 Borrower LP , a Delaware limited partnership

By: _Angelica Ponce_

Name: Angelica Ponce

Title: Authorized Signatory   Date: 8/7/2017

Resident:

| Christine Johnson | _C. Johnson_ | 7/30/2017 |
| Print Name | Signature | Date |
| James Andrews | _James Andrews_ | 8/7/2017 |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |
| | | |
| Print Name | Signature | Date |

DocuSign Envelope ID: 565C4159-1A1E-4E5B-8F33-2930D3646DF9



### RESIDENTIAL LEASE AGREEMENT ADDENDUM
### Asbestos and Asbestos-Containing Materials

*Resident should carefully review this Addendum regarding the potential presence of asbestos in the Residence.*

1.    <u>ASBESTOS</u>.  Asbestos is a generic term used to describe a group of naturally occurring, fibrous minerals.  These minerals occur as bundles of strong, flexible fibers that are chemically inert, do not burn, and have good insulating properties.  Because of these properties, it was commonly used before 1983 for insulation, fireproofing, and a wide variety of other building materials commonly referred to as asbestos-containing materials ("ACM").

2.    <u>NO ASBESTOS AT THE RESIDENCE</u>.  Landlord has no knowledge that the Residence contains asbestos or ACM.

Landlord and Resident acknowledge the foregoing by their signatures below.  Nothing set forth herein imposes on Landlord a duty to have investigated for the presence of asbestos or ACM at or in the Residence.

3.    <u>FURTHER INFORMATION AND RESOURCES</u>.  There are both Federal and State resources that can provide further information on asbestos and ACM. The U.S. EPA provides numerous details and references: http://www2.epa.gov/asbestos.

**THIS ADDENDUM** is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease.  Any capitalized term not herein defined shall have the same meaning as set forth in the Lease.  The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

**Landlord:**

2015-1 IH2 Borrower LP , a Delaware limited partnership

By: *Angelica Ponce*
AD000229E7164AC...

Name: Angelica Ponce

Title:    Authorized Signatory    Date: 8/7/2017

**Resident:**

Christine Johnson        *C. Johnson*        7/30/2017
Print Name            Signature            Date

James Andrews        *James Andrews*        8/7/2017
Print Name            Signature            Date

Print Name            Signature            Date

Print Name            Signature            Date

Print Name            Signature            Date

Print Name            Signature            Date

DocuSign Envelope ID: 583C F133-1A7E-483B-8F33-2930D2A584DF3



### RESIDENTIAL LEASE AGREEMENT ADDENDUM
### Lead-Based Paint and Lead Hazards Information and Disclosure

*If the Residence was constructed prior to 1978, Landlord is required by federal law to provide Resident with certain disclosures regarding lead-based paint. It is important that you carefully review this Addendum.*

1.    **APPLICABILITY OF ADDENDUM**. By execution of this Addendum, Resident and Landlord acknowledge and agree that, if the Residence was constructed after 1977, (a) the remaining Sections of this Addendum are not applicable to the Residence and (b) any disclosures or information regarding lead-based paint provided by Landlord to Resident, including but not limited to the information included in this Addendum, are provided for informational purposes only.

2.    **LEAD WARNING STATEMENT**. Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Landlords seeking to lease residential real property on which a residential dwelling was built prior to 1978 must notify tenants that such property may present lead exposure risks that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. If the Residence was constructed prior to 1978, Landlord is required to (a) provide Resident with any information on lead-based paint hazards from reports or inspections in Landlord's possession, (b) notify Resident of any known lead-based paint hazards, and (c) provide Resident with a U.S. EPA pamphlet on lead poisoning prevention. Landlord hereby discloses to Resident the following:

Unless otherwise disclosed to Resident in writing, Landlord has no reports or records pertaining to lead-based paint and/or lead-based paint hazards at the Residence, and has no knowledge of any lead-based paint hazards at the Residence.

3.    **RESIDENT'S ACKNOWLEDGEMENT**. By execution of this Addendum, Resident represents and acknowledges the following:

(a)    Resident has received copies of all reports, records and information pertaining to any lead-based paint or lead-based paint hazards at the Residence disclosed to Resident by Landlord.

(b)    Landlord has provided to Resident the U.S. EPA pamphlet "Protect Your Family from Lead in Your Home."

4.    **CERTIFICATION OF ACCURACY**. Landlord and Resident have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

**THIS ADDENDUM** is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease. Any capitalized term not herein defined shall have the same meaning as set forth in the Lease. The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

| Landlord: | Resident: | | |
|---|---|---|---|
| 2015-1 IH2 Borrower LP , a Delaware limited partnership | Christine Johnson | *C. Johnson* 54FBA9D3CERC84E Signature | 7/30/2017 |
| | Print Name | | Date |
| By: *Angelica Ponce* AEB00029E7164AC... | James Andrews | *James Andrews* ...AC44E Signature | 8/7/2017 |
| Name: Angelica Ponce | Print Name | | Date |
| Title: Authorized Signatory  Date: 8/7/2017 | | | |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |

DocuSign Envelope ID: 585C F133-1A7E-485B-8F35-2930D3894DF3



**RESIDENTIAL LEASE AGREEMENT ADDENDUM**
Mold Information and Prevention

*It is important that you carefully inspect the Residence for mold before the Commencement Date and identify any problems to Landlord. To minimize the likelihood of mold it is important that you read and follow the requests and recommendations in this Addendum.*

1. **NATURE OF MOLD GROWTH.** Mold is a type of fungi which occurs naturally in the environment and is necessary for the natural decomposition of plant and other organic material. It spreads by means of sharing in microscopic spores borne on the wind, and is found everywhere life can be supported. Most people are familiar with mold growth in the form of bread mold, and mold that may grow on bathroom tile. Residential home construction is not, and cannot be, designed to exclude mold spores. If the growing conditions are right, mold can grow in the Residence. In order to grow, mold requires a food source. This might be supplied by items found in the home, such as fabric, carpet, or even wallpaper, or by building materials, such as drywall, wood, and insulation, to name a few. Also, mold growth requires a temperate climate. The best growth occurs at temperatures between 40ºF and 100ºF. Most importantly, mold growth requires moisture.

2. **MOISTURE AND MOLD GROWTH.** Moisture availability is the only mold growth factor that can be controlled in a residential setting. By minimizing moisture, Resident can reduce or eliminate mold growth. Moisture in the home can have many causes. Spills, leaks, overflows, condensation, and high humidity are common sources of home moisture. Good housekeeping and home maintenance practices are essential in the effort to prevent or eliminate mold growth. If moisture is allowed to remain on the growth medium, mold can develop within 24 to 48 hours. And if moisture sources are not removed or addressed, mold will continue to grow. All mold growth is not necessarily harmful, but mold has been linked with adverse health effects in susceptible persons. The most common effects are allergic reactions, including skin irritation, watery eyes, runny nose, coughing, sneezing, congestion, sore throat and headache. However, there are no specific mold cleanup levels or established numerical abatement standards for mold remediation. The most effective remedy for mold is to remove the source(s) of excess water or continuing moisture intrusion.

3. **STEPS TO REDUCE MOLD GROWTH.** Mold growth depends largely on how Resident maintains the Residence. Resident shall take action to prevent conditions which cause mold or moisture build-up, and minimize any effects that may be caused by mold growth, including the following actions:

   • Before bringing items into the Residence, check for signs of mold on the items. For example, potted plants (roots and soil), furnishings, or stored clothing and bedding material, as well as many other household goods, could already contain mold growth.
   • Regular vacuuming and cleaning will help reduce mold levels. Mild bleach solutions and most tile cleaners are effective in eliminating or preventing mold growth if used in accordance with the manufacturer's recommendations.
   • Keep the humidity in the Residence low. Vent clothes dryers to the outdoors. Ventilate kitchens and bathrooms by opening the windows, by using exhaust fans, or by running the air conditioning to remove excess moisture in the air, and to facilitate evaporation of water from wet surfaces.
   • Promptly clean up spills, condensation, and other sources of moisture. Thoroughly dry any wet surfaces or material. Do not let water pool or stand in your home. Promptly replace any materials that cannot be thoroughly dried, such as drywall or insulation.
   • Inspect for leaks on a regular basis. Look for discolorations or wet spots. Repair any leaks promptly. Empty water from condensation pans (refrigerators and air conditioners). Take notice of musty odors, and any visible signs of mold.
   • Should mold develop, thoroughly clean the affected area. First, test to see if the affected material or surface is color safe. Porous materials, such as fabric, upholstery, or carpet should be discarded. Should the mold growth be substantial, contact Landlord for further direction on the use of services from a qualified mold abatement professional.

4. **FURTHER INFORMATION AND RESOURCES.** The U.S. EPA provides information and numerous resources regarding excess water, moisture intrusion and mold: http://www.epa.gov/mold/. The U.S. Centers for Disease Control and Prevention also provide details about mold growth and human health: http://www.cdc.gov/mold/.

5. **DUTIES OF RESIDENT.** Resident agrees to assume responsibility for following the recommendations set forth in this Addendum. It is the responsibility of Resident to take action to reduce or eliminate the occurrence of mold growth in the home. Resident's failure to take preventative actions may reduce or preclude Landlord's responsibility for water damage or water intrusion. If there is any water damage or water intrusion to the Residence, Resident shall take prompt action to prevent conditions which cause mold growth to develop. Resident shall immediately notify Landlord of water intrusion and allow the Landlord the opportunity to inspect the problem. Failure to notify Landlord of water intrusion or water damage and/or the failure of Resident to allow Landlord access to the Residence for the purpose of inspection, evaluation and/or corrective action shall be an affirmative defense to any Claims by Resident arising from water damage or water intrusion.

6. **LIMITATIONS ON LANDLORD LIABILITY.** Resident acknowledges and agrees that Landlord shall not be liable for any and all Claims with respect to the presence and/or existence of molds, mildew, and/or microscopic spores unless caused by the sole gross negligence or willful misconduct of Landlord. To the extent Landlord may be liable, if at all, Resident, on behalf of itself, and any Resident Parties, hereby indemnifies Landlord and Landlord's officers, directors, partners, members, affiliates, successors, and assigns from and against any and all Claims for property damage, injury, or death resulting from the exposure to microscopic spores, mold, fungi, and/or mildew and from any loss of resale value due to the presence and/or existence of mold, mildew and/or microscopic spores; provided, however, that in no event is Resident indemnifying Landlord as a result of the presence and/or existence of mold, mildew, and/or microscopic spores if caused by the sole gross negligence or willful misconduct of Landlord.

Resident Initials

JFACRJ

Invitation Homes
Residential Lease Addendum | Mold
2.0- 201702

1

DocuSign Envelope ID: 565C7155-7A7E-4B5B-9F33-2930D2764DF5

invitation homes

THIS ADDENDUM is incorporated into and becomes part of the Residential Lease Agreement ("Lease") entered into between Resident and Landlord for the Residence described in the Lease. Any capitalized term not herein defined shall have the same meaning as set forth in the Lease. The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

Landlord:

2015-1 IH2 Borrower LP , a Delaware limited partnership

By: _Angelica Ponce_

Name: _Angelica Ponce_

Title: _Authorized Signatory_  Date: _8/7/2017_

Resident:

_Christine Johnson_                    _7/30/2017_
Print Name          Signature          Date

_James Andrews_                        _8/7/2017_
Print Name          Signature          Date

Print Name          Signature          Date

Print Name          Signature          Date

Print Name          Signature          Date

Print Name          Signature          Date

Invitation Homes
Residential Lease Addendum | Mold
2.0- 201702

2

DocuSign Envelope ID: 885C4759-7A7E-4495-8136-32930D5B6DD9



**RESIDENTIAL LEASE AGREEMENT ADDENDUM**
**Residence Rules and Regulations**

*Please carefully review these rules and regulations since they impose restrictions relating to your use of the Residence.*

1.  **POOL/HOT TUB.**  If the Residence has a pool or hot tub (both may be referred to herein as the "**pool**"), Resident agrees to the following:

    1.1  **Assumption of Risk.**  All swimmers swim at their own risk. Landlord is not responsible for accidents or injuries.

    1.2  **Swimming Alone.**  No one should swim alone or use the hot tub alone.

    1.3  **Children.**  Children under 14 years of age should be accompanied at all times by a parent or legal guardian.

    1.4  **Safety Features.**  Resident shall not disable, modify, or tamper with any safety features present in the Residence, including but not limited to any fences, gates, locks, alarms, and drain covers.  Resident shall not prop open any fences or gates and shall ensure that all fences or gates are kept closed at all times. Resident shall keep any fence or gate clear of climbable objects, trees, and shrubs.  If any lifesaving equipment is provided by Landlord, Resident shall only use such equipment in the event of an emergency.  If the safety features appear to be damaged or malfunctioning, Resident shall notify Landlord immediately.

    1.5  **Hot Tubs.**  Resident should check the temperature of the water before entering the pool or hot tub.  Resident should not heat the pool or hot tub above 100 degrees Fahrenheit.  Persons with a history of heart disease, circulatory problems, diabetes or blood pressure problems should consult a physician before using a hot tub.

    1.6  **Emergencies.**  IN CASE OF EMERGENCY DIAL 911.

2.  **FIRE HAZARDS.**  Resident shall comply with the following rules and regulations:

    2.1  **Fire Hazards Prohibited.**  No person shall knowingly maintain a fire hazard.

    2.2  **Grills and Barbeques.**  Grills, barbeques, and any other outdoor cooking or open flame devices shall only be used outside of the Residence on the ground level and shall be placed a minimum of ten (10) feet from any building or structure.  Such devices shall not be used close to combustible materials, tall grass or weeds, on exterior walls or roofs, indoors, on balconies or patios, or in other locations vulnerable to fire.

    2.3  **Fireplaces.**  Wood may be burned in wood burning fireplaces in the Residence only if approved in advance by Landlord in writing. Artificial logs may be burned in gas fireplaces in the Residence only if approved in advance by Landlord in writing.  No other artificial substances, such as Duraflame® logs, are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.

    2.4  **Kerosene Heaters/Space Heaters.**  The use of kerosene or fuel oil heaters within the Residence is expressly prohibited.  Any electric space heaters used in the Residence shall be operated at all times in a safe manner, not left unattended, and equipped with safety features designed to prevent damage to person or property.

    2.5  **Flammable Liquids.**  Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in dwellings, near exits, stairways, breezeways, or areas normally used for the ingress and egress of people.  This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.

    2.6  **Fines and Penalties.**  Resident is solely responsible for fines or penalties caused by Resident's violation of local fire protection codes.

3.  **REFUSE.**  Resident shall take reasonable precautions to avoid spilling or dropping waste in the Residence. Resident shall place all refuse in designated containers and ensure that they are properly closed.  Resident shall participate in recycling programs required by Applicable Laws.

4.  **PEST CONTROL.**  Resident shall take all actions necessary to prevent, and shall promptly remove any, insect, rodent or other infestation in or around the Residence.

5.  **BUILDING INTERIOR.**

    5.1  **Walls.**  Resident shall not place nails, screws, or hangers in or on the walls or woodworks without Landlord's prior written consent, which consent may be withheld in Landlord's sole and absolute discretion.

    5.2  **Drapes and Shades.**  Resident shall not install drapes, shades, or other window coverings without Landlord's prior written consent.  Any window coverings installed by Resident shall be lined in white and present a uniform exterior.

    5.3  **Appliances.**  The appliances delivered with the Residence are for the convenience of Resident. Resident acknowledges that appliances, through no fault of Landlord, may malfunction from time to time.  Resident shall be responsible for all normal and routine maintenance on all appliances and shall return all appliances clean and in similar working condition as they were at the Commencement Date of the Lease, excepting normal wear and tear.  Resident shall not remove or discard appliances.  If Resident removes any appliances, it shall be considered theft and reported to the local authorities.

Resident Initials

DocuSign Envelope ID: 5B3C1133-1A7E-483B-8F33-2930DA894DF3



5.4     **Plumbing**.  Resident shall not use toilets, drains, or other plumbing fixtures for any other purpose than for which they were constructed.

5.5     **Toilets**.  Resident shall not throw sweepings, rubbish, rags, ashes, or other substances in any drains or toilets.  If Resident clogs any toilet, Resident shall immediately contact a professional plumber at Resident's expense to unclog such toilet, and Landlord shall not be obligated to pay such expense.

**THIS ADDENDUM** is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease.  Any capitalized term not herein defined shall have the same meaning as set forth in the Lease.  The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

Landlord:                                                                      Resident:

2015-1 IH2 Borrower LP      , a Delaware limited partnership          Christine Johnson                    _C. Johnson_              7/30/2017
                                                                      Print Name                          Signature                 Date

By:    _Angelica Ponce_                                               James Andrews                        _James Andrews_           8/7/2017
       Name:   Angelica Ponce                                         Print Name                          Signature                 Date

Title:    Authorized Signatory   Date:   8/7/2017

                                                                      Print Name                          Signature                 Date


                                                                      Print Name                          Signature                 Date


                                                                      Print Name                          Signature                 Date


                                                                      Print Name                          Signature                 Date

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930D2A9MDF3



**RESIDENTIAL LEASE AGREEMENT ADDENDUM**
**Crime Free Residence**

*The Residence must only be used in a crime-free, drug-free manner, as described below and in the Lease.*

In addition to all of Resident's obligations to comply with Applicable Laws in the use and occupancy of the Residence, Resident agrees to the additional specific requirements set forth below.

1. **PROHIBITION OF CRIME.** Resident and Occupants, whether at or away from the Residence, and Resident Parties are prohibited from:

    1.1    Engaging in any criminal activity, including drug-related criminal activity, in, at, on or about the Residence. "Drug-related criminal activity" means the illegal manufacture, sale, distribution, use, possession or possession with intent to manufacture, sell, distribute, or use an illegal or controlled substance (also as defined in Section 102 of the Controlled Substance Act [21 U.S.C. 802]).

    1.2    Engaging in any act intended to facilitate criminal activity in, at, on or about the Residence or permitting the Residence to be used for criminal activity, regardless of whether the individual engaging in such activity is a member of the household or a guest.

    1.3    Engaging in the unlawful manufacturing, selling, using, storing, keeping or giving of an illegal or controlled substance at any location, whether at or near the Residence.

    1.4    Engaging in any illegal activity, including, but not limited to: prostitution, criminal street gang activity, criminal threats, assault, battery, the unlawful discharge of a weapon, possession of stolen property, sexual offenses, and any breach of the Lease that otherwise jeopardizes the health, safety and welfare of Landlord, Landlord's agents, or other tenants, or involving imminent or actual serious property damage.

2. **VIOLATION CONSTITUTES A MATERIAL BREACH.** *VIOLATION OF ANY OF THE ABOVE PROVISIONS SHALL BE A MATERIAL AND IRREPARABLE VIOLATION OF THE LEASE AND GOOD CAUSE FOR IMMEDIATE TERMINATION OF TENANCY.* A single violation of any of the provisions of this Addendum shall be deemed a serious, material and irreparable non-compliance under the Lease.

> Resident acknowledges that a single violation shall be good cause for immediate termination of the Lease and Landlord shall have all remedies under the Lease and Applicable Laws, including without limitation an immediate or accelerated dispossessory action. Proof of such a violation shall not require a criminal conviction, but shall only require a preponderance of the evidence.

3. **EVIDENCE OF VIOLATION.** In any administrative or litigation proceeding or action against Resident relating to a claim that Resident has violated the Lease or this Addendum, Resident hereby authorizes Landlord to use any police-generated reports referring to Resident as reliable direct evidence of Resident's conduct, and/or as business records as a hearsay exception.

4. **RESIDENT PARTIES.** Resident also agrees to be responsible for the actions of all Resident Parties, including anyone who Resident or an Occupant gives access to or allows on the Residence, regardless of whether Resident knew or should have known about any such actions.

**THIS ADDENDUM** is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease. Any capitalized term not herein defined shall have the same meaning as set forth in the Lease. The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

| Landlord: | Resident: | | |
|---|---|---|---|
| 2015-1 IH2 Borrower LP, a Delaware limited partnership | Christine Johnson | *C. Johnson* | 7/30/2017 |
| | Print Name | Signature | Date |
| By: *Angelica Ponce* | | | |
| Name: Angelica Ponce | James Andrews | *James Andrews* | 8/7/2017 |
| | Print Name | Signature | Date |
| Title: Authorized Signatory  Date: 8/7/2017 | | | |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |

Invitation Homes
Residential Lease Addendum | Crime Free Residence
2.0- 201702

1

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930DA896DF5



**RESIDENTIAL LEASE AGREEMENT ADDENDUM**
Illinois Provisions

*This Addendum modifies and/or supplements the Lease to include provisions specific to the State where the Residence is located. The terms of this Addendum take precedence over any conflicting terms in the Lease.*

**APPLICATION AND OCCUPANCY NOTICE TO RESIDENT**

RESIDENT ACKNOWLEDGES THAT THIS LEASE HAS BEEN EXTENDED TO RESIDENT PURSUANT TO AN APPLICATION THEREFOR SUBMITTED BY RESIDENT. THE ACCURACY OF THE INFORMATION THEREIN CONTAINED IS A MATERIAL CONDITION OF LANDLORD IN EXTENDING THIS LEASE TO RESIDENT. RESIDENT WARRANTS THAT ALL THE INFORMATION GIVEN BY RESIDENT IN APPLYING FOR THIS LEASE IS TRUE AND ACKNOWLEDGES THAT PROVIDING FALSE INFORMATION IS A MATERIAL BREACH OF THIS LEASE. OCCUPANCY BY MORE PERSONS AS SET FORTH IN THIS LEASE OR APPLICATION SHALL CONSTITUTE A MATERIAL BREACH OF THIS LEASE.

1. **LANDLORD INFORMATION**.

    1.1   **Person Authorized to Act of Behalf of Landlord for Service of Process and Notice**.

    > Name:  Illinois Corporation Service Company
    > Address: 802 Adlai Stevenson Drive
    > Springfield, IL  62703-4261

    1.2   **Person Authorized to Manage the Residence**.

    > Name: Invitation Homes
    > Address: 5509 N. Cumberland Avenue, Suite 505
    > Chicago, IL  60656
    > Telephone: 773.893.1250

2. **CONDITION OF RESIDENCE**.  Resident's acceptance of possession of the Residence shall constitute conclusive evidence of Resident's receipt of the Residence in good order and repair as of the Commencement Date.  Landlord or Landlord's agent has made no promises as to condition or repair to Resident, unless expressly stated in this Lease or the attached Inventory and Residence Condition Form signed by Resident and Landlord or Landlord's agent, and no promises to decorate, alter or repair the Residence have been made by Landlord or Landlord's agent unless expressed herein.

3. **DELAYED POSSESSION**.  Section 6 of the Lease is hereby amended and restated in its entirety as follows:

    > 6.   **DELAYED POSSESSION**.  If Landlord, for any reason, cannot deliver possession of the Residence to Resident on the Commencement Date, the Rent shall be abated until the Residence is available for occupancy by Resident, or, at Resident's option, Resident may terminate the Lease upon written notice to Landlord.  Landlord shall not be liable to Resident for any consequential damages to Resident arising as a result of Landlord's inability to give Resident possession of the Residence on the Commencement Date.

4. **LATE CHARGES**.  Pursuant to **Section 7.7.1** of the Lease, the late charge for the delinquent payment of Rent for any given month (which late charge shall be payable by certified check or cashier's check only) shall be as follows:

    **(a)** *If the Residence is located in the City of Chicago*, $10, plus **5% of the amount by which Monthly Rent exceeds $500**; OR

    **(b)** *If the Residence is located outside the City of Chicago*, $100.

5. **DISHONORED PAYMENT CHARGE**.  **Section 7.7.2** of the Lease is hereby amended and restated in its entirety as follows:

    > 7.7.2   **Additional Charges for Dishonored Payments**.  In addition to any late charge, if a payment of Rent is made by check, ACH payment, or any other payment method which is later dishonored by Landlord's bank, financial institution, or credit card issuer, Resident also agrees to pay all processing fees or costs related to such dishonored payment that are assessed by Landlord's or Resident's bank, financial institution, or credit card issuer.  Nothing in this Section shall limit the remedies available to Landlord as a payee of a dishonored payment.

Resident Initials

JFACRJ

DocuSign Envelope ID: 5B3C1133-1A7E-483B-8F33-2930DFA594DF

 invitation homes

6.    **SECURITY DEPOSIT**.  **Section 9.1** of the Lease is hereby amended and restated in its entirety as follows: (we also should be providing the receipts for labor/materials to repair the damage once they are available)

Security Deposits are held at **Bank of America** located at **5250 N. Harlem Ave. Chicago IL 60656.**

**For Chicago Properties:**

**9.1**      **Amount and Application of Security Deposit**.  Resident has deposited with Landlord the sum set forth in Section 1 as a security deposit ("**Security Deposit**") to be held by Landlord in accordance with Applicable Laws to secure the faithful performance by Resident of all of the provisions contained in this Lease. If Resident performs all of the obligations as provided in this Lease and pays all sums due Landlord, then Landlord, after Resident has surrendered possession of the Residence and delivered the keys thereto to Landlord, shall refund the Security Deposit to Resident, including interest as provided by Applicable Laws. If Resident has failed to perform or comply with any of the provisions of the Lease, then Landlord may apply all or any part of the Security Deposit in payment of any sums due from Resident to Landlord, or to pay for repair of any damages caused by Resident or Resident Parties.  The Security Deposit shall not be treated as advance payment of Rent, and Resident shall not apply the Security Deposit as Rent during the Lease Term unless Resident obtains written permission from Landlord to do so.  Landlord may use from the Security Deposit such amounts as are reasonably necessary to remedy Resident defaults in the payment of Rent, late charges, dishonored check charges, utility charges or other charges which may be owed by Resident pursuant to the Lease, to repair damages and any other defaults by Resident hereunder caused by Resident or Resident Parties (excluding reasonable wear and tear), and to clean the Residence if necessary upon the termination of the tenancy.  No trust relationship between Landlord and Resident is created on account of said Security Deposit.  The retention of the Security Deposit shall not limit Landlord's right to proceed against Resident for claims above the amount of the Security Deposit.  Upon Resident's move-out, if a Resident chooses to have the carpets cleaned, such cleaning must be performed by a third party professional carpet cleaning service and receipt for such cleaning services must be provided to Landlord.  Unless the carpet is cleaned in the manner provided herein upon move-out, Landlord reserves the right to use a portion of the Security Deposit to professionally re-clean the carpets. If the Monthly Rent is increased during the Lease Term, Landlord may request Resident to increase the Security Deposit by the same amount as such increase.  Landlord may also deduct from the Security Deposit or any interest owed thereon any fee imposed by Applicable Laws.  No portion of the Security Deposit may be applied by Resident to the payment of the last month's Rent.

**Pursuant to Applicable Laws, Landlord shall hold the Security Deposit in a federally insured interest-bearing account at Bank of America located at 5250 N. Harlem Ave. Chicago IL 69656 (773-775-6800)**. Landlord shall not commingle the Security Deposit with Landlord's assets.

Receipt to be provided by Landlord.

Upon the expiration or termination of the Lease, Landlord shall provide to Resident any statements or accountings of the Security Deposit required by Applicable Laws.

Resident Initials



DocuSign Envelope ID: 583C1T33-1A7E-483B-8F33-2930D3A94DF3



**FOR EVANSTON PROPERTY pursuant to ERLTO Section 5-4-5-1 (A-G) amendment to Section 9.1 in the lease**

**9.1**    <u>Amount and Application of Security Deposit</u>. Resident has deposited with Landlord the sum set forth in Section 1 as a security deposit ("**Security Deposit**") to be held by Landlord in accordance with Applicable Laws to secure the faithful performance by Resident of all of the provisions contained in this Lease. If Resident performs all of the obligations as provided in this Lease and pays all sums due Landlord, then Landlord, after Resident has surrendered possession of the Residence and delivered the keys thereto to Landlord, shall refund the Security Deposit to Resident, including interest as provided by Applicable Laws. If Resident has failed to perform or comply with any of the provisions of the Lease, then Landlord may apply all or any part of the Security Deposit in payment of any sums due from Resident to Landlord, or to pay for repair of any damages caused by Resident or Resident Parties. The Security Deposit shall not be treated as advance payment of Rent, and Resident shall not apply the Security Deposit as Rent during the Lease Term unless Resident obtains written permission from Landlord to do so. Landlord may use from the Security Deposit such amounts as are reasonably necessary to remedy Resident defaults in the payment of Rent, late charges, dishonored check charges, utility charges or other charges which may be owed by Resident pursuant to the Lease, to repair damages and any other defaults by Resident hereunder caused by Resident or Resident Parties (excluding reasonable wear and tear), and to clean the Residence if necessary upon the termination of the tenancy. No trust relationship between Landlord and Resident is created on account of said Security Deposit. The retention of the Security Deposit shall not limit Landlord's right to proceed against Resident for claims above the amount of the Security Deposit. Upon Resident's move-out, if a Resident chooses to have the carpets cleaned, such cleaning must be performed by a third party professional carpet cleaning service and receipt for such cleaning services must be provided to Landlord. Unless the carpet is cleaned in the manner provided herein upon move-out, Landlord reserves the right to use a portion of the Security Deposit to professionally re-clean the carpets. If the Monthly Rent is increased during the Lease Term, Landlord may request Resident to increase the Security Deposit by the same amount as such increase. Landlord may also deduct from the Security Deposit or any interest owed thereon any fee imposed by Applicable Laws. No portion of the Security Deposit may be applied by Resident to the payment of the last month's Rent.

**Pursuant to Applicable Laws, Landlord shall hold the Security Deposit in a federally insured interest-bearing account at <u>Bank of America</u> located at <u>5250 N. Harlem Ave. Chicago IL 69656 (773-775-6800)</u>** Landlord shall not commingle the Security Deposit with Landlord's assets.

Upon termination of the Tenancy, property or money held by the Landlord as security may be applied to the payment of accrued rent and the amount of damages which the Landlord has suffered by reason of the Tenants compliance with Section 5-3-4-1 of this chapter, all as itemized by the Landlord in a written notice delivered to the Tenant together with the amount due twenty-one (21) days after Tenant has vacated the property. Any security deposit and any interest not so applied, shall be paid to the Tenant within twenty-one (21) days after Tenant has vacated his unit. In the event the rental agreement terminates pursuant to ERLTO Section 5-3-7-4(A), regarding Landlord's wrongful failure to supply essential services, the obligations imposed on the Landlord pursuant to Section 5-3-5-1(C) shall be performed within forty-eight (48) hours after the expiration of the seven (7) day written notice to the Landlord to restore services.

The Security Deposit to be held by Landlord is limited to up to 1.5 times (one and one half) the monthly rent (per Evanston Code).

7.    <u>INTEREST ON SECURITY DEPOSIT</u>.

**For Chicago Property** Section 9.3 of the Lease is hereby amended and restated in its entirety as follows:

**9.3**    <u>Interest</u>. Interest shall accrue on the Security Deposit in the minimum amount required by Applicable Laws and shall be paid to Resident, directly or in the form of a credit applied to Rent due, (a) within thirty (30) days after the end of each twelve (12) month rental period and (b) with the return of the Security Deposit, if any, upon the termination of the Lease in accordance with **Section 9.2** of the Lease.

**For Evanston Property** Section 9.3 of the Lease is hereby amended and restated in its entirety as follows:

Per ERLTO Section 5-3-5-1 (B-C)

**9.3**    <u>Interest</u>. Interest shall accrue on the Security Deposit in the minimum amount required by Applicable Laws and shall be paid to Resident, directly or in the form of a credit applied to Rent due, (a) within thirty (30) days after the end of each twelve (12) month rental period and (b) with the return of the Security Deposit, if any, upon the termination of the Lease in accordance with **Section 9.2** of the Lease.

**Non-Chicago and Non- Evanston Properties Interest shall be paid if applicable per state and municipal requirements.**

Resident Initials



Invitation Homes
Residential Lease Addendum | IL Provisions
2.0- 201702

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930D2A896DF3



8.    **USE RESTRICTIONS**. Resident shall not use porches for cooking, sleeping or storage of furniture, bicycles or other items of personal property. In no case shall Resident allow porches or decks to be overloaded or occupied by more people than would be reasonably safe based on the condition of such porch or deck.

9.    **HEAT AND HOT WATER**. Notwithstanding **Section 11** of the Lease, Landlord agrees to provide Resident with heat and hot water in sufficient quantities during the Lease Term as may be required by Applicable Laws.

Landlord shall maintain the working mechanicals for the furnace and hot water heater. Tenant may be held responsible for costs if mechanicals are compromised due to tenant neglect or damage. Tenant shall remain responsible for the payment of the utilities (gas, electric etc) to ensure that there is a source of energy for the heat and hot water. Tenant is also responsible for regularly replacing the furnace filter.

10.    **WINTERIZING FEE**. If the Residence includes a pool, Resident shall pay Landlord as Additional Rent, a fee of $900.00 for each time during the Lease Term that the pool is closed for the winter season and each time that the pool is opened after the winter season. This fee shall be due and payable when charged by Landlord to Resident.

11.    **ENTRY AND INSPECTION**. Landlord shall only have the right to enter the Residence during reasonable times (8:00 AM to 8:00 PM every day of the week is presumed reasonable under Applicable Laws), and upon forty-eight (48) hours' advance written notice. Notwithstanding **Section 16** of the Lease, Landlord's sole remedies in the event that Resident wrongfully denies Landlord's access to the Residence shall be the recovery of damages, injunctive relief to compel access, or termination of the Lease, all in accordance with Applicable Laws. Landlord shall provide Resident with written notice of any **emergency** entry by Landlord within forty-eight (48) hours **after entry**.

12.    **SUBLETTING**.

    For CHICAGO PROPERTIES - Landlord shall not unreasonably withhold consent to, and shall accept, a reasonable sublease, as required under Applicable Laws.

    For EVANSTON PROPERTIES- Landlord shall not unreasonably withhold consent to, and shall accept, a reasonable sublease, as required under Applicable Laws. Per ERLTO section 5-3-6-3.

13.    **LANDLORD'S LIABILITY**. **Section 18** of the Lease is hereby amended and restated in its entirety as follows:

        18.    **LIMITED LIABILITY OF LANDLORD.** Except as provided by Applicable Laws, Landlord shall not be liable (a) for any damage occasioned by Resident's failure to keep the Residence in repair; (b) for any loss or damage of or to Resident's property wherever located in or about the Residence or Building, or (c) acts or neglect of Resident or the Resident Parties at the Residence or other tenants, occupants or others at the Building, as applicable.

14.    **RESIDENT'S DEFAULT**. Section 23.2 of the Lease is hereby amended and restate in its entirety as follows:

        23.2    **Material Noncompliance**. Material noncompliance with Applicable Laws or with the terms of the Lease including, without limitation, **Section 27** and **Section 28** of the Lease.

15.    **COMMISSION OF A FELONY**. In addition to the events of default set forth in the Lease (including this Addendum), the following shall also constitute a default by Resident under the Lease: Resident, any Occupant, or any Resident Party uses or permits the use of the Residence for the commission of any act that would constitute a felony or a Class A misdemeanor under the laws of this State or any violation of the Crime Free Residence Addendum.

Resident Initials

JFACRJ

DocuSign Envelope ID: 583C1133-1A7E-483B-8F33-2930DAA94DF3



16.  **ABANDONMENT.**  **Section 26** of the Lease is hereby amended and restated in its entirety as follows:

> 26.    **ABANDONMENT.**   The Residence shall be deemed abandoned if: (a) actual notice has been provided to Landlord by Resident indicating Resident's intention not to return to the Residence; (b) all persons entitled under the Lease to occupy the Residence have been absent from the Residence for a period of twenty-one (21) days, such persons have removed their personal property from the Residence, and Rent for that period is unpaid; or (c) all persons entitled under the Lease to occupy the Residence have been absent from the Residence for a period of thirty-two (32) days, and Rent for that period is unpaid.   Notwithstanding the foregoing, abandonment of the Residence shall not be deemed to have occurred if any person entitled to occupancy has provided Landlord a written notice indicating that he/she still intends to occupy the Residence and makes full payment of all amounts due to Landlord.  A default under this Section shall constitute a default under Section 23 and shall give rise to Landlord's remedies under Section 24.

17.  **ATTORNEYS' FEES**.

> **For Chicago Properties** - If a court action is brought for the recovery of Rent or other monies due under the Lease or by reason of a breach of any covenant contained in the Lease or for the recovery of the possession of the Residence, or to compel the performance of anything agreed to be performed by Resident, or to recover for damages to the Residence, or to enjoin any act contrary to the provisions of the Lease, Landlord shall seek an award that includes attorney's fees and costs.

> **For Evanston Properties** - If an action is brought for the recovery of Rent or other monies due under the Lease or by reason of a breach of any covenant contained in the Lease or for the recovery of the possession of the Residence, or to compel the performance of anything agreed to be performed by Resident, or to recover for damages to the Residence, or to enjoin any act contrary to the provisions of the Lease, Resident shall pay Landlord all the costs in connection therewith, including, but not by way of limitation, reasonable attorneys' fees, whether or not the action proceeds to judgment. Resident is liable for pre-judgment interest at the highest rate allowed by Applicable Laws to any and all outstanding balances from the date of move out. Per ERLTO Section 5-3-6-5

> For **Non-Chicago and Non-Evanston Properties, Attorneys fees and costs shall be considered additional rent due and owing to the Landlord.**

18.  **DISCLOSURES**.

> **a.**  Exhibit A, City of Chicago Residential Landlord and Tenant Ordinance Summary, incorporated as part of the lease.
>
> **b.**  Exhibit B, City of Evanston Residential Landlord and Tenant Ordinance
>
> **c.**  Pet Addendum, if applicable
>
> **d.**  Rules/Regulations
>
> **e.**  Mold Addendum
>
> **f.**  Renters Insurance Addendum
>
> **g.**  Crime Free Lease Addendum
>
> **h.**  Bed Bug Brochure

19.  **NOTICE OF CONDITIONS AFFECTING HABITABILITY**.  By executing this Addendum, Resident hereby acknowledges that Landlord has disclosed any known foreclosure complaints, code violations, code enforcement litigation and/or compliance board proceedings during the previous twelve (12) months for the Residence and common areas, if any, and any notice of intent to terminate utility service, copies of which, if any, are attached to this Lease.

20.  **AGENCY DISCLOSURE**.  Notice of No Agency

(Required under Illinois Law)

THR Brokerage IL Inc. has previously entered into an agreement with the property owner to provide certain property management and real estate brokerage services to the property owner.  Neither THR Brokerage IL Inc. nor any of its employees will be acting as your agent but will instead be acting as the agent for the property owner.

Resident Initials



\



DocuSign Envelope ID: 563C1133-1A7E-483B-8F33-2930DAA89DF3



This Addendum is incorporated into and becomes part of the Residential Lease Agreement ("**Lease**") entered into between Resident and Landlord for the Residence described in the Lease.  Any capitalized term not herein defined shall have the same meaning as set forth in the Lease.  The terms and conditions of this Addendum shall take precedence over any conflicting terms and conditions in the Lease.

| Landlord: | Resident: | | |
|---|---|---|---|
| 2015-1 IH2 Borrower LP, a Delaware limited partnership | Christine Johnson | *[signature]* | 7/30/2017 |
| | Print Name | Signature | Date |
| By: *Angelica Ponce* | James Andrews | *[signature]* | 8/7/2017 |
| AD0002295716AAC... | Print Name | Signature | Date |
| Name: Angelica Ponce | | | |
| | Print Name | Signature | Date |
| Title: Authorized Signatory  Date: 8/7/2017 | | | |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |
| | Print Name | Signature | Date |

Invitation Homes
Residential Lease Addendum | IL Provisions
2.0- 201702

## Resident Ledger



**Christine Johnson
17379 Oleander Ave
Tinley Park, IL 60477**

| | |
|---|---|
| Date: | 09/17/2018 |
| Resident Code: | t1039671 |
| Property: | 2ilc1207 |
| Unit: | 2ILC1207 |
| Status: | |
| Rent: | $1,900.00 |
| Deposit: | |
| Move In Date: | 09/01/2016 |
| Move Out Date: | 06/29/2019 |
| Due Day: | 1 |
| Tel Num(Home): | |
| Tel Num(Mobile): | 7082006818 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance forward | 0.00 | 0.00 | 0.00 |
| 08/10/16 | Chk# 10309574 - Credit Card One Time Payment ; Web - Online Leasing; | 0.00 | 50.00 | (50.00) |
| 08/10/16 | Application Fee (Christine Johnson) | 50.00 | 0.00 | 0.00 |
| 08/14/16 | Chk# 10348548 - Credit Card One Time Payment ; Web - Online Leasing; | 0.00 | 50.00 | (50.00) |
| 08/14/16 | Application Fee (James Andrews) [p1042341] | 50.00 | 0.00 | 0.00 |
| 08/26/16 | Chk# 000000131483 | 0.00 | 1,875.00 | (1,875.00) |
| 08/31/16 | Chk# 131836 | 0.00 | 1,925.00 | (3,800.00) |
| 09/01/16 | Deposit | 1,875.00 | 0.00 | (1,925.00) |
| 09/01/16 | Rent | 1,875.00 | 0.00 | (50.00) |
| 09/01/16 | Account Set Up Fee | 50.00 | 0.00 | 0.00 |
| 09/30/16 | Chk# 11039988 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,884.95 | (1,884.95) |
| 09/30/16 | Convenience Fee for Receipt Ctrl #4218111 | 9.95 | 0.00 | (1,875.00) |
| 10/01/16 | House Rental Income (10/2016) | 1,875.00 | 0.00 | 0.00 |
| 11/01/16 | House Rental Income (11/2016) | 1,875.00 | 0.00 | 1,875.00 |
| 11/03/16 | Chk# 11707216 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 11/03/16 | Convenience Fee for Receipt Ctrl #4374244 | 9.95 | 0.00 | 0.00 |
| 12/01/16 | House Rental Income (12/2016) | 1,875.00 | 0.00 | 1,875.00 |
| 12/03/16 | Chk# 12199738 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 12/03/16 | Convenience Fee for Receipt Ctrl #4480656 | 9.95 | 0.00 | 0.00 |
| 01/01/17 | House Rental Income (01/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 01/03/17 | Chk# 12676966 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 01/03/17 | Convenience Fee for Receipt Ctrl #4588397 | 9.95 | 0.00 | 0.00 |
| 02/01/17 | House Rental Income (02/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 02/04/17 | Chk# 13335857 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 02/04/17 | Convenience Fee for Receipt Ctrl #4720448 | 9.95 | 0.00 | 0.00 |
| 03/01/17 | House Rental Income (03/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 03/04/17 | Late Fee | 100.00 | 0.00 | 1,975.00 |
| 03/06/17 | Chk# 13950060 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 1,884.95 | 90.05 |
| 03/06/17 | Convenience Fee for Receipt Ctrl #4846591 | 9.95 | 0.00 | 100.00 |
| 04/01/17 | House Rental Income (04/2017) | 1,875.00 | 0.00 | 1,975.00 |
| 04/03/17 | Chk# 14488632 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,984.95 | (9.95) |
| 04/03/17 | Convenience Fee for Receipt Ctrl #4966553 | 9.95 | 0.00 | 0.00 |
| 05/01/17 | House Rental Income (05/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 05/03/17 | Chk# 15140364 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 05/03/17 | Convenience Fee for Receipt Ctrl #5102220 | 9.95 | 0.00 | 0.00 |
| 06/01/17 | House Rental Income (06/2017) | 1,875.00 | 0.00 | 1,875.00 |

## Resident Ledger

| | | |
|---|---|---|
| | Date: | 09/17/2018 |
| | Resident Code: | t1039671 |
| | Property: | 2ilc1207 |
| | Unit: | 2ILC1207 |
| **Christine Johnson** | Status: | |
| **17379 Oleander Ave** | Rent: | $1,900.00 |
| **Tinley Park, IL 60477** | Deposit: | |
| | Move In Date: | 09/01/2016 |
| | Move Out Date: | 06/29/2019 |
| | Due Day: | 1 |
| | Tel Num(Home): | |
| | Tel Num(Mobile): | 7082006818 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 06/03/17 | Chk# 15835708 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 06/03/17 | Convenience Fee for Receipt Ctrl #5215609 | 9.95 | 0.00 | 0.00 |
| 07/01/17 | House Rental Income (07/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 07/03/17 | Chk# 16550881 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 07/03/17 | Convenience Fee for Receipt Ctrl #5333397 | 9.95 | 0.00 | 0.00 |
| 08/01/17 | House Rental Income (08/2017) | 1,875.00 | 0.00 | 1,875.00 |
| 08/03/17 | Chk# 17405753 - Credit Card One Time Payment ; Web - Resident Services; | 0.00 | 1,884.95 | (9.95) |
| 08/03/17 | Convenience Fee for Receipt Ctrl #5467239 | 9.95 | 0.00 | 0.00 |
| 09/01/17 | House Rental Income (09/2017) 4  days | 250.00 | 0.00 | 250.00 |
| 09/01/17 | House Rental Income (09/2017) 26  days | 1,646.67 | 0.00 | 1,896.67 |
| 09/04/17 | Late Fee | 100.00 | 0.00 | 1,996.67 |
| 09/10/17 | Chk# 18449614 - Credit Card One Time Payment ; Mobile Web - Resident Services; | 0.00 | 2,006.62 | (9.95) |
| 09/10/17 | Convenience Fee for Receipt Ctrl #5716004 | 9.95 | 0.00 | 0.00 |
| 10/01/17 | House Rental Income (10/2017) | 1,900.00 | 0.00 | 1,900.00 |
| 10/04/17 | Late Fee | 100.00 | 0.00 | 2,000.00 |
| 10/09/17 | Chk# 19227606 - Credit Card One Time Payment ; Mobile Web - Resident Services;Mobile Web - Resident Services | 0.00 | 2,009.95 | (9.95) |
| 10/09/17 | Convenience Fee for Receipt Ctrl #5841511 | 9.95 | 0.00 | 0.00 |
| 11/01/17 | House Rental Income (11/2017) | 1,900.00 | 0.00 | 1,900.00 |
| 11/04/17 | Chk# 19924781 - Credit Card One Time Payment ; Mobile Web - Resident Services;Mobile Web - Resident Services | 0.00 | 1,909.95 | (9.95) |
| 11/04/17 | Convenience Fee for Receipt Ctrl #5976979 | 9.95 | 0.00 | 0.00 |
| 11/04/17 | Late Fee | 100.00 | 0.00 | 100.00 |
| 12/01/17 | House Rental Income (12/2017) | 1,900.00 | 0.00 | 2,000.00 |
| 12/02/17 | Chk# 20569380 - Credit Card One Time Payment ; Mobile Web - Resident Services;Mobile Web - Resident Services | 0.00 | 2,009.95 | (9.95) |
| 12/02/17 | Convenience Fee for Receipt Ctrl #6078024 | 9.95 | 0.00 | 0.00 |
| 01/01/18 | House Rental Income (01/2018) | 1,900.00 | 0.00 | 1,900.00 |
| 01/04/18 | Late Fee | 100.00 | 0.00 | 2,000.00 |
| 01/22/18 | Chk# 21915862 - Credit Card On-Line Payment; Mobile Web - Resident Services | 0.00 | 2,009.95 | (9.95) |
| 01/22/18 | Convenience Fee for Receipt Ctrl #6333272 | 9.95 | 0.00 | 0.00 |
| 02/01/18 | House Rental Income (02/2018) | 1,900.00 | 0.00 | 1,900.00 |
| 02/04/18 | Late Fee | 100.00 | 0.00 | 2,000.00 |
| 02/13/18 | Chk# 22719992 - Credit Card On-Line Payment; Mobile Web - Resident Services | 0.00 | 2,009.95 | (9.95) |
| 02/13/18 | Convenience Fee for Receipt Ctrl #6452819 | 9.95 | 0.00 | 0.00 |
| 03/01/18 | House Rental Income (03/2018) | 1,900.00 | 0.00 | 1,900.00 |
| 03/04/18 | Late Fee | 100.00 | 0.00 | 2,000.00 |
| 03/14/18 | Chk# 23703715 - Credit Card On-Line Payment; Web - Resident Services | 0.00 | 2,009.95 | (9.95) |
| 03/14/18 | Convenience Fee for Receipt Ctrl #6575421 | 9.95 | 0.00 | 0.00 |
| 04/01/18 | House Rental Income (04/2018) | 1,900.00 | 0.00 | 1,900.00 |

## Resident Ledger

| | | |
|---|---|---|
| | Date: | 09/17/2018 |
| | Resident Code: | t1039671 |
| | Property: | 2ilc1207 |
| **Christine Johnson** | Unit: | 2ILC1207 |
| **17379 Oleander Ave** | Status: | |
| **Tinley Park, IL 60477** | Rent: | $1,900.00 |
| | Deposit: | |
| | Move In Date: | 09/01/2016 |
| | Move Out Date: | 06/29/2019 |
| | Due Day: | 1 |
| | Tel Num(Home): | |
| | Tel Num(Mobile): | 7082006818 |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 04/04/18 | Late Fee | 100.00 | 0.00 | 2,000.00 |
| 05/01/18 | House Rental Income (05/2018) | 1,900.00 | 0.00 | 3,900.00 |
| 05/04/18 | Late Fee | 100.00 | 0.00 | 4,000.00 |
| 05/08/18 | Chk# 167321 - :CHECKscan Payment | 0.00 | 2,000.00 | 2,000.00 |
| 06/01/18 | House Rental Income (06/2018) | 1,900.00 | 0.00 | 3,900.00 |
| 06/04/18 | Late Fee | 100.00 | 0.00 | 4,000.00 |
| 07/01/18 | House Rental Income (07/2018) | 1,900.00 | 0.00 | 5,900.00 |
| 07/06/18 | Late Fee | 100.00 | 0.00 | 6,000.00 |
| 08/01/18 | House Rental Income (08/2018) | 1,900.00 | 0.00 | 7,900.00 |
| 08/04/18 | Late Fee | 100.00 | 0.00 | 8,000.00 |
| 09/01/18 | House Rental Income (09/2018) | 1,900.00 | 0.00 | 9,900.00 |
| 09/04/18 | Late Fee | 100.00 | 0.00 | 10,000.00 |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |