**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christine R Johnson** | Social Security number or ITIN **xxx–xx–7692** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | |
| Case number: **18–22046** | | |

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine R Johnson

November 6, 2018         **For the court:** Jeffrey P. Allsteadt, Clerk
                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 18-22046   Doc 23   Filed 11/08/18   Entered 11/08/18 23:30:48   Desc Imaged
                         Certificate of Notice    Page 3 of 4

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 18-22046-CAD
Christine R Johnson                                                 Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 2                  Date Rcvd: Nov 06, 2018
                               Form ID: 318                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Christine R Johnson,    7807 W. 171st Pl.,    Tinley Park, IL 60477-3267
26965732       +Advocate Medical Group,    Po Box 92523,    Chicago, IL 60675-2523
26965733       +Bill me Late Inc. c/o Paypal Credit,    Po Box 5138,    Timonium, MD 21094-5138
26965741       +CMRE Financial Services, Inc,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
26965734       +Cap One/Darvin Furniture,    National Bankruptcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962-2180
26965736       +Cap1/bstby,    50 Northwest Point Rd.,    Elk Grove Village, IL 60007-1032
26965740       +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
26965749       +Commonwealth Financial Systems,    245 Main St.,    Dickson City, PA 18519-1641
26965756       +Illinois Tollway Authority,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
26965757       +Invitation Homes,    Scott & Kraus, LLC,    150 S. Wacker Dr., Suite 2900,
                 Chicago, IL 60606-4206
26965758       +Invitation Homes,    5509 N. Cumberland Ave.,    Suite 505,   Chicago, IL 60656-4748
26965761       +Nicor Gas,    Po Box 5407,   Carol Stream, IL 60197-5407
26965762       +Penn Credit,    916 S. 14th St.,   Po Box 988,    Harrisburg, PA 17108-0988
27051063        U.S. Bank National Association,    Todd J Ruchman,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26965738       +EDI: CAPITALONE.COM Nov 07 2018 06:49:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
26965737       +EDI: CAPITALONE.COM Nov 07 2018 06:49:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
26965739       +EDI: CAUT.COM Nov 07 2018 06:48:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
26965742       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Nov 07 2018 02:14:00       ComEd,   Po Box 6111,
                 Carol Stream, IL 60197-6111
26965744       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bank/Lane Bryant,    4590 E. Broad St.,
                 Columbus, OH 43213-1301
26965743       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
26965745       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
26965746       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
26965747       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bk/Ulta,   Po Box 182125,
                 Columbus, OH 43218-2125
26965748       +EDI: WFNNB.COM Nov 07 2018 06:49:00      Comenity Bkl/Ulta,   Po Box 182120,
                 Columbus, OH 43218-2120
26965751        EDI: DISCOVER.COM Nov 07 2018 06:49:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
26965750       +EDI: DISCOVER.COM Nov 07 2018 06:49:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
26965753        E-mail/Text: bankruptcy@glacompany.com Nov 07 2018 02:11:23       GLA Collection Company,
                 2630 Gleeson Ln.,    Louisville, KY 40299
26965752        E-mail/Text: bankruptcy@glacompany.com Nov 07 2018 02:11:23       GLA Collection Company,
                 Po Box 7728,   Dept #2,    Lousiville, KY 40257
26965755       +E-mail/Text: bankruptcy@hsn.net Nov 07 2018 02:13:44       HSN,   Po Box 9090,
                 Clearwater, FL 33758-9090
26965754       +EDI: PHINHARRIS Nov 07 2018 06:50:00      Harris & Harris, Ltd.,    111 W. Jackson Blvd.,
                 Suite 400,    Chicago, IL 60604-4135
26965759       +EDI: CBSKOHLS.COM Nov 07 2018 06:49:00      Kohls/Capital One,    Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
26965760       +EDI: CBSKOHLS.COM Nov 07 2018 06:49:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
26965763        EDI: PRA.COM Nov 07 2018 06:48:00      Portfolio Recovery Associates, LLC,    Po Box 12914,
                 Norfolk, VA 23541
26965764       +EDI: RMSC.COM Nov 07 2018 06:49:00      QVC Inc,   1200 Wilson Dr.,
                 West Chester, PA 19380-4262
26965765        EDI: WTRRNBANK.COM Nov 07 2018 06:49:00      Target Card Services,    Po Box 660170,
                 Dallas, TX 75266-0170
26965766        EDI: USBANKARS.COM Nov 07 2018 06:48:00      Us Bank,   Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
26965767        EDI: USBANKARS.COM Nov 07 2018 06:48:00      Us Bank,   Po Box 5227,    Cincinnati, OH 45201
26965768       +E-mail/Text: BKRMailOps@weltman.com Nov 07 2018 02:12:57
                 Weltman, Weinberg & Reis Co., L.P.A.,    323 W. Lakeside Ave,    Suite 200,
                 Cleveland, OH 44113-1009
                                                                                               TOTAL: 24
```

```
District/off: 0752-1          User: admin                Page 2 of 2            Date Rcvd: Nov 06, 2018
                              Form ID: 318               Total Noticed: 38
```

```
        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26965735       Cap1/Best Buy,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258
                                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Allan J DeMars    demarstrustee@aol.com, alland1023@aol.com
              Joseph S Davidson    on behalf of Debtor 1 Christine R Johnson jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Miles V Cohen    on behalf of Creditor    2015-1 IH2 Borrower LP mcohen@skcounsel.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J  Ruchman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              Umair  Malik    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
                                                                                              TOTAL: 6
```